UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Lynn E., et al., and all
others similarly situated</u>,
   Plaintiffs
  v.
<u>Governor of the State of
New Hampshire; et al.</u>
   Defendants

<u>United States of America</u>,
   Intervenor Plaintiff
  v.
<u>State of New Hampshire, et al.</u>
   Defendants

Case No. 12-cv-53-SM

**O R D E R**

  Re: (Document No. 60), Defendants' Motion to Extend
    Class Discovery and Briefing Deadlines

  **Ruling**: Denied. Neither the supported motion nor the reply are persuasive. Defendants seem to say that because they have been so diligent in responding to merits discovery, they allocated available resources in such a way as to be unable to complete class certification discovery during the period allowed for that purpose, although defendants were certainly fully aware of the importance of class certification discovery. And, they do not identify what efforts they made to obtain necessary certification discovery; what it is they lack and why it might be critical, or what steps they took to insure receipt of necessary information (e.g., motions to compel, etc.). The parties shall brief the class certification issues as scheduled based upon the information they have gathered in the period previously allowed.

                _____
                Steven J. McAuliffe
                United States District Judge

Date:  January 28, 2013

cc: Ira A. Burnim, Esq.
  Anne M. Edwards, Esq.
  Richard J. Farano, Esq.
  Deena S. Fox, Esq.
  Aaron J. Ginsberg, Esq.
  Catharine A. Mallinson, Esq.
  Jennifer Mathis, Esq.
  David W. McGrath, Esq.
  Amy B. Messer, Esq.
  Elaine M. Michaud, Esq.
  Kathryn L. Rucker, Esq.
  Steven J. Schwartz, Esq.
  James Q. Shirley, Esq.
  Brian D. Thomas, Esq.
  John M. Turner, Esq.
  Daniel E. Will, Esq.
  Rebecca L. Woodard, Esq.
  Joshua M. Wyatt, Esq.