**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSIRE**

| | |
|---|---|
| Amanda D., et al., <br> and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Margaret Hassan, et al., <br><br> Defendants. <br>_____<br> United States of America, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> State of New Hampshire, <br><br> Defendant. <br>_____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 1:12-cv-53-SM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATEMENT ON MEDIATION**

Consistent with their Joint Discovery Plan and Schedule (Doc. 56), adopted by this Court on August 16, 2012, the Parties hereby offer this Joint Statement concerning the suitability of mediation in this matter. The Parties have engaged in intensive settlement negotiations throughout October. Because of the advanced stage of those negotiations and the progress made, the Parties do not believe at this time that mediation will be needed. In light of these efforts, the Parties respectfully suggest that any future recommendation regarding the suitability of mediation be deferred until it is clear whether a proposed settlement to this action can be reached through negotiations.

The parties will submit another Joint Statement to the Court regarding the potential for mediation within 60 days from the date of this filing.

Dated:  October 25, 2013

FOR THE PLAINTIFFS:

Respectfully submitted,

Amanda D., Kenneth R., by his guardian, Tri-County CAP, Inc./GS; Sharon B., by her guardian, Office of Public Guardian, Inc.; Amanda E., by her guardian, Office of Public Guardian, Inc.; and Jeffrey D., by his guardian, Monique Doukas,

*Pro Hac Vice* admission granted:

By their attorneys:

CENTER FOR PUBLIC REPRESENTATION

DISABILITIES RIGHTS CENTER

By: __/s/   Kathryn Rucker__
Steven Schwartz (MA BBO 448440)
Kathryn Rucker (MA BBO 644697)
22 Green Street
Northampton, MA  01060
(413) 586-6024
SSchwartz@cpr-ma.org
KRucker@cpr-ma.org

By: __/s/ Amy B. Messer__
Amy B. Messer (NH Bar 8815)
Adrienne Mallinson (NH Bar 17126)
Aaron Ginsberg (NH Bar 18705)
18 Low Avenue
Concord NH  03301
amym@drcnh.org
adriennem@drcnh.org
aarong@drcnh.org

JUDGE DAVID L. BAZELON CENTER FOR MENTAL HEALTH LAW

DEVINE, MILLIMET & BRANCH PROFESSIONAL ASSOCIATION

By: __/s/  Ira Burnim__
Ira Burnim (D.C. Bar 406154)
Jennifer Mathis (D.C. Bar 444510)
1101 15th Street, NW, Suite 1212
Washington, DC  20005
(202) 467-5730
irab@bazelon.org
jenniferm@bazelon.org

By: __/s/ Daniel Will__
Elaine M. Michaud (NH Bar 10030)
Daniel E. Will (NH Bar 12176)
Joshua M. Wyatt (NH Bar 18603)
111 Amherst Street
Manchester, NH  03101
(603) 669-1000
emichaud@devinemillimet.com
dwill@devinemillimet.com
jwyatt@devinemillimet.com

FOR THE UNITED STATES OF AMERICA

By: \_\_\_\_/s/ Richard J. Farano\_\_\_
Richard J. Farano (DC Bar 424225)
Deena S. Fox (NY Registration 4709655)
Alexandra L. Shandell (DC Bar 992252)
Katherine V. Houston (CA Bar 224682)
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, NW
PHB 5020
Washington, DC 20530
(202) 307-3116
richard.farano@usdoj.gov
deena.fox@usdoj.gov
alexandra.shandell@usdoj.gov
katherine.houston@usdoj.gov

_____ AND

FOR THE DEFENDANTS:

Margaret Wood Hassan, Governor, Nicholas A. Toumpas, Commissioner, Nancy L. Rollins, Associate Commissioner, Mary Ann Cooney, Deputy Commissioner and Erik G. Riera, Administrator

By their attorneys,

JOSEPH FOSTER
ATTORNEY GENERAL

and

SHEEHAN PHINNEY BASS + GREEN, PROFESSIONAL ASSOCIATION, SPECIAL COUNSEL TO THE ATTORNEY GENERAL

Date: October 25, 2013

/s/ John-Mark Turner_____
James Q. Shirley, Bar No. 2332
David W. McGrath, Bar No. 9347

3

        John-Mark Turner, Bar No. 15610
        Brian D. Thomas, Bar No. 17764
        1000 Elm Street, P.O. Box 3701
        Manchester, NH 03105
        Telephone: (603) 668-0300
        Email: jturner@sheehan.com
        jshirley@sheehan.com
        dmcgrath@sheehan.com

        Anne M. Edwards, Bar No. 6826
        Associate Attorney General
        Rebecca L Woodard, Bar No. 17176
        Assistant Attorney General
        New Hampshire Attorney General's Office
        33 Capitol Street
        Concord, New Hampshire 03301-6397
        Telephone: (603) 271-3650
        Email:
        anne.edwards@doj.nh.gov
        rebecca.woodard@doj.nh.gov

<u>Certificate of Service</u>

    I hereby certify that a copy of the foregoing document was filed electronically and served on all parties of record by operation of the Court's electronic filing system.

October 25, 2013

        <u>/s/    Kathryn Rucker</u>