# EXHIBIT 1

| LAST NAME | FIRST NAME | TITLE | ORGANIZATION | REQUESTED HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|
| MESSER | AMY | LEGAL DIRECTOR | DRC | 2081.5 | $350 | $728,525.00 |
| MALLINSON | ADRIENNE | STAFF ATTORNEY | DRC | 1166.85 | $250 | $291,712.50 |
| GINSBERG | AARON | STAFF ATTORNEY | DRC | 1338.85 | $235 | $314,629.75 |
| | | | **TOTAL DRC** | | | **$1,334,867.25** |
| WILL | DANIEL | SHAREHOLDER | DEVINE | 58.1 | $345 | $20,044.50 |
| MICHAUD | ELAINE | SHAREHOLDER | DEVINE | 53.7 | $345 | $18,526.50 |
| WYATT | JOSHUA | ASSOCIATE | DEVINE | 206.3 | $235 | $48,480.50 |
| BLANCHETTE | KRISTEN | ASSOCIATE | DEVINE | 278.2 | $190 | $52,858.00 |
| CLAYTON | NANCY | PARALEGAL | DEVINE | 254.8 | $150 | $38,220.00 |
| DUBUQUE | RENE | PARALEGAL | DEVINE | 171.6 | $140 | $24,024.00 |
| | | | **TOTAL DEVINE** | | | **$202,153.50** |
| SCHWARTZ | STEVEN | LITIGATION DIRECTOR | CPR | 732.3 | $425 | $311,227.50 |
| RUCKER | KATHRYN | SENIOR STAFF ATTORNEY | CPR | 1052 | $300 | $315,600.00 |
| | | | **TOTAL CPR** | | | **$626,827.50** |
| BURNIM | IRA | DIRECTOR | BAZELON | 249 | $425 | $105,825.00 |
| MATHIS | JENNIFER | DEPUTY DIRECTOR | BAZELON | 127.1 | $345 | $43,849.50 |
| | | | **TOTAL BAZELON** | | | **$149,674.50** |
| | | | | **TOTAL FEES** | | **$2,313,522.75** |
| | | | | **TOTAL TRAVEL** | | **$62,204.38** |
| | | | | **TOTAL LODESTAR** | | **$2,375,727.13** |

| LAST NAME | FIRST NAME | TITLE | ORGANIZATION | TRAVEL HOURS | RATE | TOTAL |
|---|---|---|---|---|---|---|
| MESSER | AMY | LEGAL DIRECTOR | DRC | 73 | $175 | $12,775.00 |
| MALLINSON | ADRIENNE | STAFF ATTORNEY | DRC | 31.85 | $125 | $3,981.25 |
| GINSBERG | AARON | STAFF ATTORNEY | DRC | 56.25 | $118 | $6,609.38 |
|  | **TOTAL DRC** |  |  |  |  | **$23,365.63** |
| RUCKER | KATHRYN | SENIOR STAFF ATTORNEY | CPR | 80.7 | $150 | $12,105.00 |
| SCHWARTZ | STEVEN | LITIGATION DIRECTOR | CPR | 70 | $213 | $14,875.00 |
|  | **TOTAL CPR** |  |  |  |  | **$26,980.00** |
| DEVINE MILLIMET DOES NOT RECORD TRAVEL TIME SEPARTELY IN BILLING RECORDS* |  |  |  |  |  |  |
|  | **TOTAL DEVINE** |  |  |  |  | **$0.00** |
| BURNIM | IRA | DIRECTOR | BAZELON | 48.5 | $213 | $10,306.25 |
| MATHIS | JENNIFER | DEPUTY DIRECTOR | BAZELON | 9 | $173 | $1,552.50 |
|  | **TOTAL BAZELON** |  |  |  |  | **$11,858.75** |
|  |  |  |  |  |  |  |
|  |  |  |  | **TOTAL TRAVEL** |  | **$62,204.38** |

*NOTE: DEVINE MILLIMET DOES NOT BREAK OUT TRAVEL TIME IN CONTEMPORANEOUS BILLING RECORDS. DEVINE HAD VERY LITTLE TRAVEL TIME WHICH IS ACCOUNTED FOR IN THE OVERALL REDUCTION IN FEES.

| ORGANIZATION | TYPE OF EXPENSE | COST |
|---|---|---|
| DEVINE MILLIMET | MEDICAL RECORDS | $13,816.69 |
| DEVINE MILLIMET | MILEAGE | $1,266.73 |
| DEVINE MILLIMET | WESTLAW | $1,564.00 |
| DEVINE MILLIMET | INHOUSE COPYING | $864.80 |
| DEVINE MILLIMET | COURIER | $549.22 |
| DEVINE MILLIMET | TELECONFERENCING | $1,990.06 |
| | TOTAL DEVINE MILLIMET | $20,051.50 |
| DRC | MILEAGE | $1,891.77 |
| DRC | EXPERT FEES & COSTS: DANIEL BYRNE (NHH Review) | $21,829.33 |
| DRC | EXPERT FEES & COSTS: SALLY ROGERS (Review Methodology) | $2,775.00 |
| DRC | EXPERT FEES & COSTS: JUDITH BOARDMAN, RN (Glencliff Review) | $24,759.04 |
| DRC | EXPERT FEES & COSTS: CONSULTING EXPERT | $3,956.32 |
| DRC | EXPERT FEES & COSTS: TOM SIMPATICO, MD (NHH & Glencliff Reviews) | $7,787.50 |
| DRC | EXPERT FEES & COSTS: SUSAN CURRAN (NHH Review) | $22,017.64 |
| DRC | EXPERT FEES & COSTS: MARYLOU SUDDERS (System Review) | $11,124.92 |
| DRC | TRANSCRIPTS | $704.40 |
| DRC | POSTAGE/COURIER | $633.20 |
| DRC | MEDICAL RECORDS | $3,912.36 |
| DRC | TRAVEL (MESSER) | $370.80 |
| | TOTAL DRC | $101,762.28 |
| BAZELON | TRAVEL (BURNIM) | $3,802.25 |
| BAZELON | TRAVEL (MATHIS) | $597.76 |
| | TOTAL BAZELON | $4,400.01 |
| CPR | PRO HAC VICE | $200.00 |
| CPR | MILEAGE | $2,521.86 |
| CPR | PACER | $31.24 |
| | TOTAL CPR | $2,753.10 |
| | TOTAL LITIGATION EXPENSES | $128,966.89 |