IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Amanda D., et al., and others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) Margaret W. Hassan, Governor, et al., ) ) Defendants. ) ) United States of America, ) ) Plaintiff-Intervenor, ) ) v. ) ) State of New Hampshire, ) ) Defendant. ) ) | U.S. DISTRICT COURT DISTRICT OF NEW HAMPSHIRE  FEB . 2014  **FILED**  Civ. No. 1:12-cv-53-SM |

### ORDER FOR FINAL APPROVAL OF PROPOSED SETTLEMENT AND ENTRY OF JUDGMENT

This Court, having read and reviewed the Parties' Joint Motion for Final Approval of Proposed Settlement, the Parties' separately-filed memoranda of law in support of the Joint Motion, the Assented-to Motion for Attorneys' Fees and Costs and supporting memorandum of law, and any objections or comments submitted to the Court on the Proposed Settlement Agreement, hereby approves the Settlement Agreement and enters Judgment as follows:

1. On January 3, 2014, the Court granted preliminary approval of the Parties' Proposed Settlement Agreement.

2. Any member of the class that wished to file an objection or comments was required to do so on or before January 31, 2014.

3. A hearing for final approval of the proposed Settlement Agreement was held on February 12, 2014.

4. The Court has considered submitted objections and comments to the Proposed Settlement Agreement.

5. After a full and comprehensive review of the Proposed Settlement Agreement, the Parties' memoranda of law in support of the Agreement, and any objections/comments raised, this Court finds that the Settlement Agreement is fair, reasonable, and in the best interests of the class.

6. Consistent with the terms of the Settlement Agreement, the Court's class certification order of September 17, 2013 (Doc. 90) is hereby modified to include all claims brought pursuant to the Nursing Home Reform Act, 42 U.S.C. §§ 1396r(b)(3)(F) and 1396r(e)(7).

7. This Court grants the Parties' Joint Motion for Final Approval of the Class Action Settlement Agreement, approves the Settlement Agreement, and enters it as an order of the Court, consistent with the terms of the Settlement Agreement. The Court will also sign the Settlement Agreement itself.

8. The Court incorporates the Settlement Agreement into this Order and retains jurisdiction over this matter, consistent with terms of the Settlement Agreement.

9. Further, the Court has reviewed Plaintiffs' Assented-to Motion for Attorney's Fees and Costs and accompanying memorandum of law, grants the Plaintiffs' motion, and approves the agreed upon attorneys' fees and costs set forth in the Settlement Agreement.

Date: February 12, 2014

Hon. Steven J. McAuliffe
United States District Judge