UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Amanda D., et al., and others similarly situated,<br> *Plaintiffs* | )<br>)<br>) |
| v. | )<br>) |
| Chris Sununu, Governor, et al.<br> *Defendants.* | )<br>)<br>) |
| United States of America,<br> *Plaintiff-Intervenor,* | )<br>)<br>) |
| v. | )<br>) |
| State of New Hampshire,<br> *Defendant.* | )<br>)<br>) |

Civ. No. 1:12-cv-00053-SM

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

Pursuant to Local Rule 83.6(d), please withdraw the appearance of Joshua M. Wyatt as counsel for Plaintiffs in this matter.

Respectfully submitted,

Dated: June 4, 2019   By: /s/ Joshua M. Wyatt, Esq.
              Joshua M. Wyatt, Esq. (NH Bar # 18603)
              111 Amherst Street
              Manchester, NH  03101
              Phone: (603) 695-8517
              Email: jwyatt@devinemillimet.com

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this Notice of Withdrawal will be sent to counsel of record this day via the Court's Electronic Case Filing system.  Further, a copy will be served on this date to all Plaintiffs.


Dated: June 4, 2019                            /s/ Joshua M. Wyatt, Esq.
                                                                 Joshua M. Wyatt, Esq.