UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Amanda D., et al., and others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Chris Sununu, Governor, et al., )<br>)<br>Defendants. )<br>_____ )<br>United States of America, )<br>)<br>Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>State of New Hampshire, )<br>)<br>Defendant. )<br>_____ ) | Civ. No. 1:12-cv-53-SM |

**JOINT STATUS REPORT ON EXPERT REVIEWER'S THIRTEENTH REPORT**

   The Plaintiffs, the United States, and the State of New Hampshire file this joint notice to inform the Court that Stephen Day, the Expert Reviewer, has issued his thirteenth public report in this matter:

   1. Consistent with the Class Action Settlement Agreement ("Agreement"), the Expert Reviewer issues public reports twice a year, reporting on the State's implementation efforts and compliance with the terms of the Agreement. Agreement, at § VIII.K (ECF No. 105).

   2. On January 27, 2021, Mr. Day submitted his thirteenth report to the Parties.

   3. The report is attached as Exhibit A for the Court's information.

1

Dated: February 1, 2021                                    Respectfully submitted,

FOR PLAINTIFFS:

|  |  |
|---|---|
| Steven Schwartz (MA BBO 448440)<br>Kathryn Rucker (MA BBO 644697)<br>Center for Public Representation<br>22 Green Street<br>Northampton, MA 01060<br>(413) 586-6024<br>SSchwartz@cpr-ma.org<br>KRucker@cpr-ma.org | By:  /S/ Pamela E. Phelan<br>Pamela E. Phelan, Esq. (NH Bar #10089)<br>Disability Rights Center<br>64 N. Main Street, Suite 2<br>Concord, NH 03301<br>603-228-0432 (telephone)<br>603-225-2077 (fax)<br>Pamelap@drcnh.org |
| Ira Burnim (DC Bar 406154)<br>Jennifer Mathis (DC Bar 444510)<br>Judge David L. Bazelon Center<br>For Mental Health Law<br>1101 15th Street, NW, Suite 1212<br>Washington, DC 20005<br>(202) 467-5730<br>irab@bazelon.org<br>jenniferm@bazelon.org | By:  /S/ Jonathan A. Lax<br>Jonathan A. Lax, Esq. (NH Bar # 14017)<br>Devine, Millimet & Branch, P.A.<br>111 Amherst Street<br>Manchester NH 03101<br>(603) 669-1000<br>jlax@devinemillimet.com |
| FOR THE UNITED STATES: | By:  /S/ Richard J. Farano<br>Richard J. Farano, Esq.<br>District of Columbia Bar No. 424225<br>Senior Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Special Litigation Section<br>4 Constitution Square<br>150 M Street, NE Suite 10.133<br>Washington, DC 20530<br>(202) 307-3116<br>richard.farano@usdoj.gov |
| FOR THE DEFENDANTS: | By:  /S/ Anne M. Edwards<br>Anne M. Edwards, Esq. (NH Bar # 6826)<br>Associate Attorney General<br>New Hampshire Attorney General's Office<br>33 Capitol Street<br>Concord, NH 03301-6397<br>(603) 271-3650<br>anne.edwards@doj.nh.gov |

## **CERTIFICATE OF SERVICE**

I certify that this Status Report has been sent to counsel of record on via the court's Electronic Case Filing system.

/S/ Pamela E. Phelan