# New Hampshire Community Mental Health Agreement

**Expert Reviewer Report Number Thirteen**

**January 27, 2021**

# I.    Introduction

This is the thirteenth semi-annual report of the Expert Reviewer (ER) under the Settlement Agreement in the case of *Amanda D. v. Sununu; United States v. New Hampshire, No. 1:12-cv-53-SM.*   For the purpose of this and future reports, the Settlement Agreement will be referred to as the Community Mental Health Agreement (CMHA).  Section VIII.K of the CMHA specifies that:

> Twice a year, or more often if deemed appropriate by the Expert Reviewer, the Expert Reviewer will submit to the Parties a public report on the State's implementation efforts and compliance with the provisions of this Settlement Agreement, including, as appropriate, recommendations with regard to steps to be taken to facilitate or sustain compliance with the Settlement Agreement.

For the past 10 months, the State of New Hampshire has been seriously affected by COVID-19.  The State reports Community Mental Health Centers (CMHCs) have remained functional and open as essential businesses during this period, although a majority of employees have been working remotely.  Following Centers for Disease Control and Prevention (CDC) recommendations and NH Division of Public Health Services (DPHS) guidance, in addition to program specific emergency guidance provided by the Bureau of Mental Health Services (BMHS), CMHCs have focused on adjusting service delivery to maintain health and to implement safety protocols while serving participants in a way that met participant needs and preferences.  Telehealth services are being provided for participants preferring that method due to COVID-19 concerns, and in-person services remain available for individuals who prefer this method.  Mental Health (MH) facilities, including New Hampshire Hospital (NHH), Glencliff, and residential treatment centers, have modified safety protocols to protect residents/patients from COVID-19.  The State has implemented numerous strategies, including Medicaid plan changes, eligibility certification improvements, staffing requirements, etc., to insure that, to the extent possible, service response rates and service continuity are maintained.

During this 10-month period, the ER has been unable to conduct on-site visits or observations. Although Quality Service Reviews have taken place during this period, the ER has not been able to observe any of these activities.

The ER has participated in a number of conference calls with State officials and representatives of the Plaintiffs, as outlined below.  The ER has also continued to monitor the routine monthly and quarterly data reports produced by the State, as well as newly generated data reports related to the response to COVID-19.   Nonetheless, by necessity, as with the previous ER Report, this report is limited by the inability to have face-to-face contact with service administrators, service providers and service participants.

During this period, the ER:

- Participated in three conference calls with State officials and representatives of the Plaintiffs to discuss and review transition planning policies and procedures for residents of Glencliff;
- Conducted a telephone interview with leadership and staff of Glencliff and the In-Reach contractor to discuss the implementation of the revised transition planning protocols and the in-reach process and preliminary results;
- Participated in two conference calls with State officials to discuss Mobile Crisis Teams and Crisis Apartment services on a statewide basis and specifically in Nashua;
- Participated in two conference calls with the QSR team to discuss the QSR process during COVID, and also to de-brief on one specific QSR review; and
- Convened an All-Parties conference call meeting to discuss progress in meeting the requirements of the CMHA.

**Summary of Progress to Date**

This report reflects almost six- and one-half years of implementation efforts related to the CMHA.  Within this period, a number of positive steps have been taken to improve the quality and effectiveness of services as envisioned in the CMHA.  However, as will be discussed in detail below, there are areas of continued non-compliance with the CMHA.  Notwithstanding these on-going concerns, the parties to the CMHA deserve credit for some real and measurable accomplishments.

As noted in previous ER reports, the State has implemented a comprehensive and reliable QSR process.  The ER considers these QSR reviews to be methodologically correct and reliable, producing findings that are accurate and actionable in terms of taking concrete steps to address quality issues in the CMHC system.

Another major accomplishment has been contracting with the Dartmouth-Hitchcock Medical Center to conduct external Assertive Community Treatment (ACT) and Supported Employment

(SE) fidelity reviews using nationally validated fidelity review instruments and criteria.  In concert with the QSR reviews mentioned above, the fidelity reviews are assisting the State and the CMHCs to develop comprehensive Quality Improvement Plans (QIPs) that address important ACT and SE quality and effectiveness issues at both the consumer and CMHC operational levels.  The Fidelity Reviews have not been conducted since the onset of COVID-19.  However, the State and the CMHCs have been using evidence Based Practice (EBP) check-lists to monitor fidelity to ACT and SE best practice standards during the pandemic. The State has also continued to provide technical assistance and oversight to CMHCs that had active Quality Improvement Plans (QIPs) related to ACT and SE at the time the fidelity reviews were suspended. The State intends to re-start the Fidelity Review process as early as possible in the coming year.

The parties originally envisioned that the CMHA could be fully implemented in five years, with a sixth year for maintenance of effort.  The CMHA was approved and filed with the Federal Court on February 12, 2014, and the five-year anniversary of that event occurred about two years ago.  The ER was approved by the Parties and the Federal Court effective July 1, 2014, and the five-year anniversary occurred 18 months ago.

Most of calendar year 2020 has been dominated by the response to the health risks associated with COVID-19 and by the restrictions necessitated by COVID-19.  As will be seen in the subsequent sections of this report, most elements of the services system defined by the CMHA have remained relatively stable.  Understandably, there has been little measurable progress, but there has also been a relatively consistent level of service delivery and performance.  **The State is to be congratulated for maintaining services to the CMHA Target Population during these very difficult circumstances.  Nonetheless, it is important to emphasize that the pandemic has not altered the terms of the CMHA nor diminished the State's obligations to members of the Target Population. Moreover, the delays and restrictions caused by COVID-19 necessarily require extension of the time periods for the State to complete its responsibilities under the CMHA.**

In recent months, the State has undertaken three initiatives related to specific CMHA service components and requirements.  These are:

1. Selection of a new vendor (Greater Nashua Mental Health) to operate the Mobile Crisis Team (MCT) and Crisis Apartment program in the Nashua region;
2. Implementation of contracted in-reach services and new transition planning and informed consent protocols at Glencliff; and
3. Addition of new funds to the Bridge Program to permit funding of a total of 500 units.

These initiatives seem positive, but they were begun too late in this reporting cycle to have yet produced positive results.  The ER will continue to monitor the implementation of these initiatives over the upcoming year.

## II.   Data

As noted in previous reports, the New Hampshire Department of Health and Human Services (DHHS) continues to make progress in developing and delivering data reports addressing performance in some domains of the CMHA.  Appendix A contains the most recent DHHS Quarterly Data Report (July 2020 through September 2020) incorporating standardized report formats with clear labeling and date ranges for several important areas of CMHA performance. The capacity to conduct and report longitudinal analyses of trends in certain key indicators of CMHA performance continues to improve.  The ER continues to emphasize that the State must produce the necessary data reports in a timely fashion.

## III.   CMHA Services

The following sections of the report address specific service areas and related activities and standards contained in the CMHA.

### Mobile/Crisis and Crisis Apartment Programs

The CMHA calls for the establishment of a Mobile Crisis Team (MCT)[1] and Crisis Apartments (MCT/CA) in the Concord Region by June 30, 2015 (Section V.C.3 (a)).  DHHS conducted a procurement process for this program, and the contract was awarded on June 24, 2015. Riverbend CMHC was selected to implement the MCT and Crisis Apartments in the Concord Region.

The CMHA specified that a second MCT/CA program be established in the Manchester region by June 30, 2016 (V.C.3(b)).  The Mental Health Center of Greater Manchester was selected to implement that program.  Per CMHA V.C.3(c), a third MCT/CA program became operational in the Nashua region on July 1, 2017.  The contract for that program was awarded initially to Harbor Homes in Nashua.   That contract has recently been transferred to another provider, Greater Nashua Mental Health (GNMH) which is in process of implementing the program.  Full implementation is not expected until later in 2021.

As of the date of this report, the State reports that it has competitively reprocured the existing MCT/CA program contracts in Concord and Manchester until June 2022.  The State reports the new contracts incorporated changes for these programs including: (a) new performance measures related to face-to-face assessments and follow-up engagement with peers; and (b) new data reporting elements related to presenting problems, police involvement, and intervention

---

[1] Note that the State refers to these programs as Mobile Crisis Response Teams (MCRTs).  The ER uses the MCT nomenclature to remain consistent with the terms used in the CMHA.

4

outcomes.  The ER will monitor implementation of these new requirements over the next six month period.

In Nashua, the original vendor (Harbor Homes) opted not to submit a bid for the program and to end its participation in the program.  As a result, effective October 1, 2020, the State has contacted with the GNMH to operate the MCT/Crisis Apartment program.  The transition between the previous and current vendors concluded November 1, 2020.  Thus, data reported for the Nashua region reflects some reductions in service as the transition was under way.

While the ER is pleased that a new MCT vendor was secured for the Nashua area, diminished service provision during the transition and the limited ability of GNMH to provide key elements of those services in late 2020, including crisis apartment capacity, is concerning and likely to negatively impact class members in this region.  The ER will closely monitor ongoing efforts to implement all CMHA required elements of MCT in Nashua in the weeks ahead, and will request that the State provide preliminary data on MCT service delivery in this region, ahead of the standard quarterly reporting period.

The Quarterly Data Report contained in Appendix A includes a detailed table of data from each of the Mobile Team/Crisis Apartment programs.  Table I contains a summary of key data trends from the three programs.

**Table I**

**Self-Reported Data on Mobile Crisis Services and Crisis Apartment Programs**

| Region | Variable | Jan. - Mar. 2020 | Apr-June 2020 | July – Sept 2020 |
|---|---|---|---|---|
| Concord | Total Served | 531 | 530 | 557 |
| Manchester | Total Served | 618 | 669 | 723 |
| Nashua | Total Served | 333 | 245 | 208 |
| | | | | |
| Concord | Phone triage/support | 1173 | 1343 | 1294 |
| Manchester | Phone triage/support | 1565 | 1552 | 1699 |
| Nashua | Phone triage/support | 385 | 326 | 198 |
| | | | | |
| Concord | Mobile Assess./intervention | 116 | 211 | 178 |
| Manchester | Mobile Assess./intervention | 290 | 294 | 296 |
| Nashua | Mobile Assess./intervention | 114 | 183 | 74 |
| | | | | |
| Concord | Percent Referred by self | 64.22% | 56.60% | 59.90% |
| Manchester | Percent Referred by self | 46.93% | 43.00% | 40.30% |
| Nashua | Percent Referred by self | 34.23% | 56.40% | 21.30% |
| | | | | |
| Concord | Percent referred by police | 4.33% | 5.90% | 2.80% |
| Manchester | Percent referred by police | 38.42% | 23.20% | 26.10% |
| Nashua | Percent referred by police | 3.60% | 0.36% | 2.70% |
| | | | | |
| Concord | Percent Law Enforcement Inv. | 8.70% | 14.40% | 8.80% |
| Manchester | Percent Law Enforcement Inv. | 36.40% | 37.20% | 39.80% |
| Nashua | Percent Law Enforcement Inv. | 0.00% | 0.04% | 0.05% |
| | | | | |
| Concord | Hospital diversions | 383 | 529 | 523 |
| Manchester | Hospital diversions | 1,088 | 0551055 | 0751075 |
| Nashua | Hospital diversions | 617 | 511 | 316 |
| | | | | |
| Concord | Apartment Admits | 57 | 39 | 45 |
| Manchester | Apartment Admits | 17 | 0 | 0 |
| Nashua | Apartment Admits | 56 | 30 | 33 |
| | | | | |
| Concord | Apartment bed days | 245 | 125 | 145 |
| Manchester | Apartment bed days | 53 | 0 | 0 |
| Nashua | Apartment bed days | 295 | 142 | 172 |

Table I shows some evidence of the effects of COVID restrictions on the operations of MCT and Crisis Apartment programs.  The absence of Crisis Apartment admissions and bed days reported by Manchester is one example of this.  Also, as would be expected, there has been a general reduction in levels of service in the Nashua area reflecting the transition to a new vendor.

Table II below includes data that reveal some recent changes in both emergency department waiting times for inpatient psychiatric admissions, NHH admissions, and for NHH readmission rates.  These data may indicate that the MCT and Crisis Apartment programs could be having a positive effect on system indicators such as emergency department boarding and hospital recidivism rates.  However, there may be numerous other factors influencing these data trends.

**Table II**

**DHHS Report of Changes in Waiting Time for Inpatient Psychiatric Admission, NHH Admissions and NHH Readmission Rates**

| Comparison 12-mo Period | Average # Adults Waiting per Day for Inpatient Psychiatric Admission | NHH Admissions | NHH 180-day Readmissions Average |
|---|---|---|---|
| **10/1/2018-9/30/2019** | 34 | 812 | 27.9% |
| **10/1/2019-9/30/2020** | 31 | 867 | 22.7% |
| **Change** | Down 9% | Up 6.8% | Down 18.7% |

The ER continues to be concerned about some apparent practice and data reporting variations among the three MCT/CA programs.  For example, as can be seen in Table I, there are substantial differences among the three programs with regard to police referrals to, and law enforcement involvement in, the various programs.  The ER expects additional State oversight of the MCT/CA programs, including increased reporting of program performance in key areas of MCT service delivery, such as phone triage, decisions to deploy mobile crisis teams to community locations, and the efficacy of crisis response.  As noted above, the State has added new performance criteria and measures to the contracts for all three of the MCT/Crisis Apartment programs.  Both the State and the ER will monitor adherence to these new performance expectations in the coming year, and will request that data on the impact of these new measures be shared with the parties.

The State recently funded a new Behavioral Health Crisis Treatment Center (BHCTC) that has been implemented by the Riverbend CMHC in Concord.   The BHCTC is an additional crisis support outside those required by the CMHA.  As such, data related to the operations of that program is not included in this report.  The State asserts that it is not currently considering this model for expansion of crisis programs in New Hampshire.

7

### Assertive Community Treatment (ACT)

ACT is a core element of the CMHA, which specifies, in part:

1. By October 1, 2014, the State will ensure that all of its 11 existing adult ACT teams operate in accordance with the standards set forth in Section V.D.2;
2. By June 30, 2014, the State will ensure that each mental health region has at least one adult ACT team;
3. By June 30, 2016, the State will provide ACT team services consistent with the standards set forth above in Section V.D.2 with the capacity to serve at least 1,500 individuals in the Target Population at any given time; and
4. By June 30, 2017, the State, through its community mental health providers, will identify and maintain a list of all individuals admitted to, or at serious risk of being admitted to, NHH and/or Glencliff for whom ACT services are needed but not available, and develop effective regional and statewide plans for providing sufficient ACT services to ensure reasonable access by eligible individuals in the future.

The CMHA requires a robust and effective system of ACT services to be in place throughout the state as of June 30, 2015. Further, as of June 30, 2016, the State was required to have the capacity to provide ACT for 1,500 priority Target Population individuals.

Staffing for the ACT teams has remained stable during the 10 months affected by COVID. However, the combined staffing of the ACT Teams is 5.95 full time equivalents (FTEs) below the levels attained a year ago (September 2019).

**Table III**

**Self-Reported ACT Staffing (excluding psychiatry):**

**September 2017 – March 2020**

| Region | FTE Sep-17 | FTE Mar-19 | FTE Jun-19 | FTE Sep-19 | FTE Dec-19 | FTE Mar-20 | FTE Jun-20 | FTE Sep-20 |
|---|---|---|---|---|---|---|---|---|
| Northern | 12.4 | 16.8 | 16.51 | 16.37 | 16.97 | 16.37 | 13.36 | 15.12[2] |
| West Central | 7.0 | 6.8 | 7.65 | 8.25 | 8.75 | 6.10 | 6.10 | 5.00 |
| Lakes Region | 10.8 | 8.3 | 8.00 | 8.00 | 7.00 | 7.00 | 6.50 | 6.40 |
| Riverbend | 10.0 | 11.5 | 10.50 | 11.50 | 11.50 | 10.50 | 10.50 | 9.00 |
| Monadnock | 7.9 | 9.5 | 9.00 | 8.00 | 8.75 | 8.85 | 8.85 | 11.58 |
| Greater Nashua 1 | 6.0 | 6.5 | 7.00 | 8.00 | 8.00 | 6.50 | 8.00 | 8.50 |
| Greater Nashua 2 | 5.0 | 4.5 | 4.00 | 7.00 | 8.00 | 7.50 | 8.00 | 8.50 |
| Manchester – CTT | 16.3 | 14.3 | 15.75 | 15.75 | 15.75 | 18.25 | 18.25 | 16.25 |
| Manchester MCST | 22.3 | 15.8 | 17.25 | 17.25 | 15.75 | 16.25 | 17.25 | 18.25 |
| Seacoast | 10.5 | 9.1 | 9.10 | 10.10 | 10.10 | 9.10 | 9.10 | 9.00 |
| Community Part. | 6.7 | 8.8 | 10.78 | 11.28 | 10.80 | 11.05 | 9.20 | 8.95 |
| CLM | 9.3 | 7.9 | 7.01 | 8.30 | 9.55 | 8.55 | 8.30 | 7.30 |
| Total | 124.2 | 119.6 | 122.55 | 129.80 | 130.92 | 127.02 | 123.41 | 123.85 |

Five teams (West Central and Lakes Region and all three Northern teams) report having fewer than the required minimum of seven FTEs to qualify as an ACT team, an increase from the last report at which time only two teams (Riverbend and Community Partners) had fewer than the required minimum.  Five teams (Northern [Berlin and Littleton Teams], Riverbend, Manchester CTT and Community Partners)) report having no peer support specialist.  Two teams (Wolfeboro and Nashua 2) report having no SE staff capacity.  Northern (Littleton) reports having no SUD treatment staff capacity.  Eight teams report having 0.5 or less FTE combined psychiatry/nurse practitioner time available to their ACT teams; and seven of the 14 teams report having less than one FTE nurse per team.  Although overall staffing levels have remained relatively stable across all ACT teams, shortages in discrete categories, like nursing and peer support, have worsened

---

[2] There are now three teams operating in the Northern region.  In future reports the ER will document staffing levels for each of these teams, as opposed to the aggregate staffing reflected in this report.

since the previous report.  As a result, several teams do not meet the CMHA requirements for
staffing or team criteria set out in the CMHA.

Table IV below displays the active ACT caseloads by CMHC Region since June 2017.  The
active monthly caseload has decreased by 14 participants since December 2019.  Since June of
2017 the active monthly caseload has dropped by 86 participants.

**Table IV**

**Self-Reported ACT Active Caseload (Unique Adult Consumers) by Region in Specified
Months: June 2017 – March 2020**

| Region | Active Cases Jun-17 | Active Cases Sep-17 | Active Cases Jun-19 | Active Cases Sep-19 | Active Cases Dec-19 | Active Cases Mar-20 | Active Cases Jun-20 | Active Cases Sep-20 |
|---|---|---|---|---|---|---|---|---|
| Northern | 111 | 113 | 115 | 122 | 118 | 115 | 117 | 121 |
| West Central | 76 | 68 | 46 | 47 | 43 | 42 | 57 | 43 |
| Lakes Region | 74 | 74 | 57 | 56 | 56 | 57 | 54 | 52 |
| Riverbend | 97 | 87 | 102 | 86 | 94 | 94 | 95 | 91 |
| Monadnock | 70 | 69 | 57 | 49 | 50 | 51 | 50 | 47 |
| Greater Nashua | 94 | 98 | 83 | 97 | 99 | 101 | 105 | 107 |
| Manchester | 292 | 287 | 287 | 300 | 286 | 262 | 254 | 265 |
| Seacoast Community | 69 | 67 | 66 | 68 | 65 | 66 | 69 | 74 |
| Part. | 69 | 75 | 67 | 71 | 74 | 68 | 70 | 72 |
| CLM | 55 | 54 | 47 | 49 | 50 | 47 | 48 | 49 |
| Total* | 1,006 | 992 | 925 | 942 | 934 | 903 | 919 | 920 |

* unduplicated across regions

The combined ACT teams have a reported September 2020 staff complement of 123.85 FTEs
excluding psychiatry, which is sufficient capacity to serve 1,238 individuals based on the ACT
non-psychiatry staffing ratios contained in the CMHA.  However, with a statewide caseload of
only 920, as of September 2020, there is a gap between staff capacity and active participants of
318.

As noted above, the CMHA requires the State to have capacity to serve 1,500 individuals.  The
current ACT staffing levels are 26.15 FTEs (or capacity to serve 262 participants) below the
capacity required by the CMHA.  This gap between staff capacity and actual service participants

11

is particularly problematic, given that there are reported to be 11 individuals on the wait list for ACT (see Table VII below).

***As noted in previous reports, the current level of ACT staffing on many CMHC teams is not sufficient to meet CMHA requirements for ACT team capacity.  Furthermore, the current ACT caseload of 920 individuals is 580 below the number that could be provided ACT services with the staffing capacity required by the CMHA.[3]***

### ACT Screening

As has been documented in previous reports, the State has been implementing a number of strategies to increase ACT enrollment and participation.  One of these strategies has been to require the ten CMHCs to conduct and report regular clinical screening for eligibility/appropriateness for ACT services.  The clinical screens are conducted:

1. As part of the intake process at the CMHCs;[4]
2. Upon referral to a CMHC following discharge from an inpatient facility; and
3. As part of regular quarterly and annual assessments and plan of care amendments for current CMHC clients[5] who may qualify for and benefit from ACT.

Table V below presents data on ACT screens conducted by CMHCs between April and June 2020. [6]

---

[3] The ER notes that active ACT caseload is a static measure of ACT activity.  The ER plans to work with the State and representatives of the Plaintiffs to incorporate other indicators, such as ACT enrollments and unduplicated ACT participants in subsequent reports.

[4] Note that a CMHC intake incorporating the ACT screen is performed when a CMHC emergency services staff or Mobile Crisis Team encounters and refers a person potentially needing CMHC services.  In some cases, these Emergency Services/MCT referrals are made on behalf of individuals who have presented in crisis in hospital emergency departments and who may be waiting for a NHH admission.

[5] Until recently, data on the total number of ACT screenings included current ACT participants.  Active ACT clients have now been removed from screening reports.

[6] Note: this is a retrospective table, and thus is always one quarter behind most of the other state-reported data in this report.  This supports the "look forward" component, which documents the extent to which individuals receive services within 90 days of a positive screen.

**Table V**

**Self-Reported Number of Unique Clients Screened for ACT Services by CMHCs**
**April to June 2020**

| Community Mental Health Center | Total Screened (not already on ACT) | Appropriate for further ACT Assessment | Receiving ACT/ w/i 90 days of Screening | Percent Receiving ACT of those Appropriate for Assessment within 90 days | Percent Receiving ACT of those appropriate for assessment in Previous Report within 90 days |
|---|---|---|---|---|---|
| 01 Northern Human Services | 1,037 | 17 | 1 | 5.88% | 21.05% |
| 02 West Central Behavioral Health | 201 | 3 | 0 | 0.00% | 100% |
| 03 Lakes Region Mental Health Center | 878 | 1 | 0 | 0.00% | 12.5% |
| 04 Riverbend Community Mental Health Center | 1,446 | 2 | 1 | 50% | 0.0% |
| 05 Monadnock Family Services | 690 | 4 | 0 | 0.0% | 0.0% |
| 06 Greater Nashua Mental Health | 802 | 7 | 2 | 28.6% | 0.00% |
| 07 Mental Health Center of Greater Manchester | 1,561 | 14 | 3 | 21.4% | 17.6% |
| 08 Seacoast Mental Health Center | 1,454 | 23 | 1 | 4.3% | 2.4% |
| 09 Community Partners | 262 | 0 | 0 | 0.0% | 100%% |
| 10 Center for Life Management | 789 | 1 | 0 | 0.0% | 0.0% |
| **Total** | **9,120** | **72 (0.79% of all screened)** | **8 (11.1% of all assessed after screening-0.09% of all screened)** | | |

Of the 9,120 unique individuals screened for ACT during this period, the State reports that 72 were referred for an ACT assessment. This is a referral rate of less than one percent, slightly

down from the previous report.  Eleven percent (8 individuals) of those referred for ACT assessments was enrolled in ACT services within 90 days of being screened.  Most of the referrals for ACT screening are internal to the CMHCs.  That is, people who have already had a CMHC intake, and who may already be receiving CMHC services, are those most likely to be screened for ACT services.  Thus, it is perhaps not surprising that so few of the individuals screened are referred to the next step, which is the assessment for ACT.

**The State has reported that about 90 percent of individuals are linked to ACT without having gone through the ACT screening process.** In general, this seems to be confirmed by the fact that 80 new clients were reported to be added, while the screening process only produced 8 new clients (10.0%).  No specific data have been reported to date about where these referrals originate or how they avoided the CMHC intake and screening process.  Because of this limitation, available screening data does not shed light on whether individuals outside of the CMHC system who would benefit from ACT services are being properly identified and referred for assessment.  The ER recommends that the State develop and implement an initiative to identify and screen/assess individuals outside of the CMHC system, especially those in crisis or decline, such as those having contact with NHH, the DRFs, the MCTs, the ERs, homeless outreach workers and organizations or the criminal justice system.

### New ACT Clients

The State has recently begun reporting the number of new ACT clients.  Table VI summarizes these data from the four most recent reporting periods.

#### Table VI

#### Self-Reported New ACT Clients

| CMHC | New Clients October 2019 – December 2019 | New Clients January 2020 – March 2020 | New Clients April – June 2020 | New Clients July to Sept. 2020 |
|---|---|---|---|---|
| Northern Human Services | 6 | 10 | 11 | 13 |
| West Central Behavioral Health | 11 | 6 | 21 | 5 |
| Lakes Region MHC | 5 | 4 | 5 | 4 |
| Riverbend CMHC | 20 | 13 | 9 | 8 |
| Monadnock Family Services | 1 | 1 | 0 | 0 |
| Greater Nashua Mental Health | 6 | 8 | 5 | 10 |
| MHC of Greater Manchester | 17 | 19 | 16 | 22 |
| Seacoast MHC | 3 | 4 | 5 | 7 |
| Community Partners | 5 | 4 | 6 | 7 |
| Center for Life Management | 3 | 1 | 5 | 4 |
| **Total** | **77** | **70** | **83** | **80** |

It should be noted that in the time period from October to December 2019, the State reported a decrease in active ACT caseload from 958 to 934, while at the same time reporting the addition of 77 new ACT clients.  For the period January through March 2020, the State reported that the ACT active caseload decreased from 929 to 903, while at the same time reporting the addition of 70 new ACT clients.  For the July to September quarter, the statewide monthly active caseload increased by one participant, whereas 80 new clients were reported to have been added during this time frame.  This indicates that:  (1) there is substantial turnover in the active ACT caseload over a relatively short time frame; and (2) thus, aggressive efforts to engage new ACT clients are necessary just to maintain steady state[7] operations in the ACT program, much less to grow the program.  In light of this data, and to provide further context for this fluctuation in active caseloads, the ER recommends the State begin capturing and reporting the following information: 1) participants' average length of stay in the service; 2) the number of participants discharged each month; and 3) the reason for their discharge (i.e. withdrawal of consent; achievement of treatment goals; moved out of state, etc).

The State has been reporting data on the number of individuals waiting for ACT services on a statewide basis for the past 27 months.  This information is displayed in Table VII below. The State and the CMHCs assert that an individual eligible for ACT may have to wait for ACT services because the specific ACT team of the individual's CMHC does not currently have staff capacity to accept new clients.  The ER has documented above that there is a statewide gap between ACT staff capacity and ACT participation.  Indeed, other than Riverbend in September 2020 (for the first time at any CMHC), there is excess capacity in each region/team and enough capacity to address the needs of people reported to be on the waitlist, especially in Manchester which has a consistent recent record of causing people to wait for ACT services; both Manchester ACT teams have a combined capacity to serve 345 people, but, as of September 2020, Manchester only served 265 people, leaving unused ACT capacity for 80 people. Nonetheless, the State and the CMHCs note that in some CMHC regions, new ACT staff must be hired before new ACT clients can be accepted into the program.

---

[7] The CMHA does not specifically require "steady state" operations.  Nor does the CMHA have specific caseload or enrollment requirements for ACT.  However, ACT is a core remedial service directly related to meeting the qualitative and quantitative expectations of the CMHA.   Thus, the ER intends to continue to monitor and report on ACT enrollment as a key indication of overall compliance with the CMHA.

15

**Table VII**

**Self-Reported ACT Wait List**

| | | Time on List | | |
|---|---|---|---|---|
| | Total | 0-30 days | 31-60 days | 61-180+ days |
| December 31, 2018 | 6 | 3 | 0 | 3 |
| March 31, 2019 | 2 | 1 | 1 | 0 |
| June 30, 2019 | 1 | 1 | 0 | 0 |
| September 30, 2019 | 2 | 2 | 0 | 0 |
| December 31, 2019 | 5 | 2 | 2 | 1 |
| March 31, 2020 | 10 | 0 | 3 | 7 |
| June 30, 2020 | 13 | 2 | 2 | 9 |
| September 30, 2020 | 11 | 3 | 5 | 3 |

The ER notes that 8 of the 11 individuals reported to be on the wait list for ACT services have been waiting for greater than 30 days:  three of the 11 have been waiting for more than 150 days. Given the excess ACT capacity noted above, the ER expects the State will intervene to assure that people in need of, and eligible for, ACT receive ACT services in a timely manner.

**New Hampshire Hospital (NHH) Admissions and Discharge Data Relative to ACT**

In concert with other strategies to improve access to ACT services, the State has begun tracking the extent to which individuals on ACT are admitted to NHH; are referred to ACT from NHH; and are accepted into ACT upon discharge from NHH.  Table VIII summarizes data from the past two quarters on these issues.

16

**Table VIII**

**Self-Reported Total ACT-Related Admissions to and Discharges from NHH**

**October 2019 through September 2020**

| | On ACT at admission | Percent of all Admissions | Referred to ACT on Discharge[8] | Percent of all Discharges | Accepted into ACT on Discharge | Percent of Those Accepted into ACT on Discharge |
|---|---|---|---|---|---|---|
| Oct.-Dec 2019 | 64 | 38.1% | 25 | 24.0% | 14 | 56.0% |
| Jan.-Mar. 2020 | 53 | 35.1% | 28 | 28.6% | 11 | 39.3% |
| April – June 2020 | 67 | 34.1% | 33 | 25.4% | 17 | 51.5% |
| July to Sept. 2020 | 37 | 26.1% | 28 | 26.7% | 21 | 75% |

In concert with tracking admissions to and discharges from NHH related to ACT, the State has begun reporting the reasons that individuals are not accepted into ACT upon discharge from NHH.  Table VIX summarizes this reported information.

---

[8] The State reports that this number refers <u>only</u> to individuals who were not enrolled in ACT on admission to NHH.

**Table VIX**

**Self-Reported Reasons Not Accepted into ACT upon Discharge from NHH**

**October 2019 through March 2020**

| Reason Not Accepted into ACT on Discharge | October – December 2019 | January – March 2020 | April – June 2020 | July – Sept. 2020 |
|---|---|---|---|---|
| Not Available in Individual's Town of Residence | 0 | 0 | 0 | 0 |
| Individual Declined | 1 | 0 | 0 | 0 |
| Individual's Insurance does not Cover ACT | 0 | 0 | 1 | 0 |
| Does not Meet ACT Clinical Criteria | 2 | 1 | 0 | 0 |
| Individual Placed on ACT Wait List | 0 | 1 | 1 | 0 |
| Individual Awaiting CMHC Determination for ACT | 8 | 15 | 14 | 7 |
| Total Unique Clients | 11 | 17 | 16 | 7 |

In the April through June 2020 time period, 87.5% of the individuals referred but not accepted into ACT were reported to be awaiting CMHC determination of eligibility for ACT.   In the July to September time period this number was 100%.  This means that the elapsed time for CMHCs to determine ACT appropriateness has been the most prevalent reason why people referred for ACT have not yet received it post-NHH discharge.  The ER remains concerned about these reported delays in accessing ACT services at the CMHC level.  This concern is in addition to concerns about the number of people reported to be waiting more than 30 days for access to ACT services.

The ER understands that the State has been attempting to improve referrals to and acceptance in ACT services, and has implemented directed payments and other incentives to improve performance in this area.  However, currently reported data does not support a conclusion that access has in fact been improved.  Thus, the ER expects the State to take additional steps to align the reported excess capacity in the ACT system with the needs of individuals for ACT services, both on discharge from NHH and from the ACT waiting list.  By March 1, 2021, the ER expects a written report from the State on: (1) the action steps being taken to address delays in accessing ACT services; and (2) the actual numerical progress being made to assure that individuals eligible for and in need of ACT, including those being discharged from NHH, receive timely access to these services.

### ACT Fidelity and Quality

Despite the limitations imposed because of COVID-19, the State has been able to complete QSR reviews for all of the CMHCs during calendar year 2020.  The results of the reviews are

18

summarized in the section on Quality later in the report and are tabulated in Appendix B.  In previous reports, the ER has noted that one area of concern identified in the QSR reports has been the implementation of ACT services.  With regard to QSR indicator number 17, *implementation of ACT services*, six of the ten CMHCs scored below the State's performance threshold of 80%.  This resulted in a system-wide score on this indicator of 74%, six percentage points below the desired performance threshold.   It should be noted that, in general, CMHC scores on Indicator 17 have improved somewhat over the past two years.  Nonetheless, the ER continues to be concerned about the quality issues identified with regard to ACT services, and the implications for compliance with the CMHA.

There have been no ACT Fidelity reviews conducted since March 2020, when restrictions were imposed because of COVID-19.  Thus, there is no ACT Fidelity information available for this report.  The ER plans to participate in both ACT Fidelity and QSR reviews as soon as possible after COVID restrictions are lifted.  The ER will also continue to monitor quality and performance improvements implemented by the State and the CMHCs in response to the QSR findings noted above.

>    *ACT Summary Findings*

**Based on the above information, the ER finds that the State remains out of compliance with the ACT service standards described in Section V.D. of the CMHA.  The State does not currently provide a robust and effective system of ACT services throughout the state as required by the CMHA.**

**In addition to the necessity to attain CMHA-specified ACT capacity, the ER continues to emphasize that the State and the CMHCs must focus on:  (1) assuring required ACT team composition and staffing; (2) expanding ACT capacity to CMHA levels and utilizing existing ACT team capacity; (3) reducing the number of individuals on the ACT wait list and/or awaiting ACT services upon discharge from NHH, as well as reducing the length of time individuals are waiting for ACT services; and (4) markedly improving outreach to and enrollment of new ACT clients, especially those in decline or crisis who are outside the system or presenting to the system for the first time.**

## Supported Employment (SE)

Pursuant to the CMHA's SE requirements, the State must accomplish three things: 1) provide SE services in the amount, duration, and intensity to allow individuals the opportunity to work the maximum number of hours in integrated community settings consistent with their individual treatment plans (V.F.1); 2) meet Dartmouth fidelity standards for SE (V.F.1); and 3) meet penetration rate mandates set out in the CMHA.  For example, the CMHA states:  "By June 30, 2017, the State will increase its penetration rate of individuals with SMI receiving supported employment … to 18.6% of eligible individuals with SMI." (Section V.F.2(e)).  In addition, by

June 30, 2017, "the State will identify and maintain a list of individuals with SMI who would benefit from supported employment services, but for whom supported employment services are unavailable" and "develop an effective plan for providing sufficient supported employment services to ensure reasonable access to eligible individuals in the future."  (V.F.2(f)).

As noted in Table X below, six of the ten CMHCs now report penetration rates lower than the CMHA requirement.  This is consistent with data from the previous reporting period, during which the same six CMHC regions reported being below the state standard of 18.6% penetration.

**While the State continues to meet the statewide standard for SE penetration in the CMHA, this is primarily due to strong SE penetration rates in two CMHC Regions (Manchester (41.9%) and Seacoast (38.7%).  The ER is increasingly concerned that Target Population members in large portions of New Hampshire are reported to not have adequate or equitable access to this essential best practice service.**

**Table X**

**Self-Reported CMHC SE Penetration Rates**

|  | Penet. Jun-19 | Penet. Sep-19 | Penet. Dec-19 | Penet. Mar-20 | Penet. Jun-20 | Penet. Sep-20 |
|---|---|---|---|---|---|---|
| Northern | 14.90% | 15.80% | 15.00% | 14.20% | 12.00% | 11.80% |
| West Central | 22.50% | 19.70% | 20.10% | 22.20% | 24.30% | 25.50% |
| Lakes Reg. | 18.90% | 18.90% | 19.60% | 15.90% | 21.50% | 26.90% |
| Riverbend | 19.00% | 18.40% | 17.40% | 16.20% | 16.10% | 14.70% |
| Monadnock | 6.80% | 6.20% | 6.20% | 7.30% | 4.80% | 4.10% |
| Greater Nashua | 13.10% | 13.10% | 13.00% | 15.10% | 13.40% | 13.20% |
| Manchester | 39.00% | 39.30% | 40.50% | 41.70% | 42.80% | 41.90% |
| Seacoast Community Part. | 33.70% | 32.90% | 34.20% | 39.00% | 36.00% | 38.70% |
|  | 8.60% | 7.80% | 10.10% | 11.70% | 11.20% | 13.70% |
| CLM | 20.80% | 20.10% | 18.00% | 16.40% | 14.80% | 14.80% |
| CMHA Target | 18.60% | 18.60% | 18.60% | 18.60% | 18.60% | 18.60% |
| Statewide Ave. | 23.50% | 23.20% | 23.70% | 23.70% | 24.20% | 24.50% |

The State reports data on the degree to which CMHC clients are working, either full or part time, in competitive employment.[9]  Access to competitive employment is an important indicator of the quality and effectiveness of fidelity model SE services.  Table XI summarizes some key findings from these data reporting efforts.

---

[9] State data defines full time employment as working 20 hours a week or more.

**Table XI**

**Self-Reported Competitive Employment for CMHC Clients Who Recently Used SE Services**

| CMHC | Percent of SE Active Clients Employed Full or Part Time July – September 2019 | Percent of SE Active Clients Employed Full or Part Time Jan – March 2019 | Percent of SE Active Clients Employed Full or Part Time Oct. Dec 2019 | Percent of SE Active Clients Employed Full or Part Time Jan. – Mar. 2020 | Percent of SE Active Clients Employed Full or Part Time Mar-June 2020 | Percent of SE Active Clients Employed Full or Part Time July – Sept 2020 |
|---|---|---|---|---|---|---|
| Northern | 38.9% | 44.2% | 34.4% | 40.5% | 27.3% | 36.4% |
| WCBH | 28.6% | 43.8% | 42.1% | 45.4% | 44.4% | 33.3% |
| LRMHC | 34.9% | 27.9% | 53.0% | 40.6% | 51.5% | 51.3% |
| Riverbend | 60% | 61.8% | 64.3% | 54.0% | 62.5% | 50.0% |
| Monadnock | 40% | 52.0% | 64.7% | 36.4% | 45.5% | 61.9% |
| Nashua | 38.9% | 31.9% | 37.8% | 44.8% | 38.6% | 42.3% |
| MHCGM | 58.3% | 54.3% | 54.0% | 52.0% | 54.4% | 60.5% |
| Comm. Partners. | 53.9% | 57.1% | 50.0% | 42.8% | 33.3% | 49.3% |
| Seacoast | 36.3% | 31.3% | 32.3% | 28.3% | 50.1% | 31.5% |
| CLM | 75% | 56.5% | 78.1% | 63.3% | 47.9% | 46.0% |
|  |  |  |  |  |  |  |
| Statewide | 49.2% | 46.7% | 51.9% | 46.7% | 46.7% | 47.9% |

For adult CMHC clients not participating in SE, the overall numbers are lower, with only 26.49% currently engaged in full-time or part-time employment statewide. [10]

These data provide a reasonable baseline for future analyses. At this point, there do not appear to be substantial changes in the degree to which SE participants are accessing full or part time competitive employment.  The ER will continue to review these competitive employment data in concert with the available SE fidelity and QSR reports.

The State reports that 38 individuals are waiting for SE services. Twenty-three individuals (or 61 percent) have been waiting for over a month.  This is a slight improvement from the previous

---

[10] Some individuals in this non-SE cohort could have participated in SE in the past, but are no longer actively enrolled or participating in SE.

quarter, in which 38 individuals were waiting for SE and 60.5% had been waiting for more than a month.  However, delays in access to SE services must be addressed to "ensure reasonable access to eligible individuals" per CMHA V.F.2(f).

### SE Fidelity and Quality

As with ACT services, the limitations created by COVID-19 have prevented SE fidelity reviews from being conducted during much of the time frame covered by this report.

The State has completed QSR reviews for all CMHCs, and continues to report quality and performance concerns related to two QSR indicators.  These are:

1. Indicator 8:  Adequacy of employment assessment/screening (Statewide average score of 69%; nine of ten CMHCs below the performance threshold); and
2. Indicator 10:  Adequacy of individual employment service delivery (Statewide average score of 78%; five of ten CMHCs below the performance threshold).

As with the QSR findings related to ACT services, the ER plans to participate in QSR and SE fidelity reviews, and to monitor performance improvements in SE related to the QSR findings.

## Supported Housing (SH)

The CMHA requires the State to achieve a target capacity of 450 SH units funded through the Bridge Program and HUD-funded subsidies by June 30, 2016.  As of September, 2020, the State reports having 312 individuals leased in Bridge Program subsidized units and 96 people approved for a Bridge Program subsidy, but not yet leased. This 96 figure is high compared to past totals and may indicate that there may be issues related to finding and leasing appropriate apartments in some areas of the state.  There has been a substantial drop in the aggregate number of individuals either leased or approved but not yet leased in the Bridge Program – from a high of 591 in June of 2017 to the current number of 312 units leased.

There are 85 individuals reported to be on the Bridge Program wait list as of the end of September 2020.  Of these, 56 individuals have been on the wait list for more than two months.

Table XII below provides data regarding the number of current Bridge Subsidy participants; the number waiting to lease and the number on the Bridge Subsidy waiting list.  Table XIII provides quarterly data regarding the number of Bridge Subsidy program applications and terminations. Table XIV presents information on the reasons that program participants have exited the program.  Table XV provides information on unit density.

**Table XII**

**New Hampshire DHHS Self-Reported Data on the Bridge Subsidy Program:**

**September 2018 through September 2020**

| Bridge Subsidy Program Information | Sept. 2018 | Mar. 2019 | June 2019 | Sept. 2019 | Dec.2 019 | Mar. 2020 | June, 2020 | Sept. 2020 |
|---|---|---|---|---|---|---|---|---|
| Total individuals leased in the Bridge Subsidy Program | 423 | 389 | 365 | 338 | 340 | 327 | 328 | 312 |
| Individuals in process of leasing | 0 | 11 | 13 | 35 | 54 | 94 | 79 | 96 |
| Individuals on the wait list for a Bridge Subsidy[11] | 35 | 38 | 44 | 42 | 25 | 49 | 39 | 85 |
| Cumulative historical number transitioned to a HUD Housing Choice Voucher (HCV) | 125 | 137 | 133 | 151 | 163 | 179 | 192 | 198[12] |

[11] The State did not maintain a waitlist prior to 2018.
[12] As of the date of this report, 75 individuals have HCV subsidies.

**Table XIII**

**Self-Reported Housing Bridge Subsidy Applications and Terminations**

| Measure | April – June 2019 | July-September 2019 | October – December 2019 | January – March 2020 | April – June 2020 | July-Sept. 2020 |
|---|---|---|---|---|---|---|
| Applications Received | 28 | 22 | 59 | 74 | 30 | 57 |
| Point of Contact | | | | | | |
| CMHCS | 11 | 13 | 51 | 63 | 29 | 50 |
| NHH | 14 | 9 | 8 | 11 | 29 | 6 |
| Other | 1 | 0 | 0 | 0 | 1 | 1 |
| Applications Approved | 14 | 11 | 42 | 104 | 27 | 57 |
| Applications Denied | 1 | 0 | 0 | 0 | 0 | 0 |
| *Denial Reasons* | *0* | *NA* | *NA* | *NA* | *NA* | *NA* |
| Applications in Process at end of period | 74 | 75 | 79 | 49 | 41 | 0 |
| Terminations | 0 | 0 | 0 | 2 | 0 | 2 |
| *Termination Reasons* *Over Income* | *NA* | *NA* | *NA* | *Not Reported* | *0* | *Failure to pay rent* |

**Table XIV**

**Self-Reported Exits from the Housing Bridge Subsidy Program**

**April through September 2020**

| Type and Reason | April – June 2020 | July – September 2020 |
|---|---|---|
| DHHS Initiated Terminations | | |
| Failure to pay rent | 0 | 2 |
| Client Related Activity | | |
| HUD Voucher Received | 16 | 24 |
| Deceased | 2 | 1 |
| Over Income | 1 | 1 |
| Moved out of State | 2 | 3 |
| Declined Subsidy at Recert. | 2 | 10 |
| Higher level of care accessed | 2 | 4 |
| Other Subsidy provided | 1 | 2 |
| Moved in with Family | 1 | 0 |
| | | |
| Total | 27 | 47 |

The CMHA stipulates that "…all new supported housing …will be scattered-site supported housing, with no more than two units or 10 percent of the units in a multi-unit building with 10 or more units, whichever is greater, and no more than two units in any building with fewer than 10 units known by the State to be occupied by individuals in the Target Population." (V.E.1(b)). Table XIV below displays the reported number of units leased at the same address.

**Table XV**

**Self-Reported Housing Bridge Subsidy Concentration (Density)**

|  | March 2019 | June 2019 | Sept. 2019 | Dec. 2019 | Mar. 2020 | June 2020 | Sept. 2020 |
|---|---|---|---|---|---|---|---|
| Number of properties with one leased SH unit at the same address | 315 | 300 | 282 | 276 | 279 | 267 | 255 |
| Number of properties with two SH units at the same address | 18 | 16 | 18 | 18 | 14 | 15 | 20 |
| Number of properties with three SH units at the same address | 3 | 4 | 1 | 4 | 2 | 6 | 2 |
| Number of properties with four SH units at the same address | 2 | 2 | 1 | 2 | 2 | 0 | 0 |
| Number of properties with five SH units at the same address | 2 | 1 | 1 | 0 | 0 | 0 | 1 |
| Number of properties with six SH units at the same address | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Number of properties with seven+ SH units at same address | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

It should be noted that these data do not indicate whether any of the leased units are roommate situations, and if so, whether such arrangements meet the requirements of the CMHA (V.E.1(c)). DHHS reports that there is currently only one voluntary roommate occurrence among the currently leased Bridge Subsidy Program units in the above data.

27

DHHS has developed a method to cross-match the Bridge Subsidy Program participant list with the Phoenix II and Medicaid claims data. Table XVI summarizes the most recent reporting of these data.

**Table XVI**

**Self-Reported Housing Bridge Subsidy Program Tenants Linked to Mental Health Services**

| | As of 6/30/19 | As of 9/30/19 | As of 12/31/19 | As of 3/31/2020 | As of 6/30/20202 | As of 9/30/2020 |
|---|---|---|---|---|---|---|
| Housing Bridge Tenants Linked to Mental Health Services | 360 of 378 (95%) | 339 of 373 (91%) | 358 of 394 (91%) | 348 of 421 (83%) | 329 of 406 (81%) | 335 of 409 (82%) |

These data document the degree to which Bridge Subsidy Program participants are actually receiving certain mental health or other services and supports.[13]

The CMHA also states that: "By June 30, 2017 the State will make all reasonable efforts to apply for and obtain federal Department of Housing and Urban Development (HUD) funding for an additional 150 supported housing units for a total of 600 supported housing units." (CMHA V.E.3(e)). In 2015, New Hampshire applied for and was awarded funds to develop a total of 241 units of supported housing under the HUD Section 811 Program (191 Program Rental Assistance [PRA] and 50 Mainstream). All of these units are to be set aside for people with serious mental illness. As of the date of this report, 151 (combined PRA and Mainstream) of these new units are reported to have been developed and to have been occupied by members of the Target Population. The State has not been able to provide the current number of people in 811 housing, only the cumulative total over time. Nor is there clear data at this point about the number of Mainstream vouchers (tenant-based rental assistance) versus PRA units (project-based rental assistance) that are currently occupied. The ER intends to follow-up with the State in the next reporting period to clarify the implementation and utilization of the 811 Program for Target Population members.

It should be noted that over the life of the Bridge Program the State has accessed 198 HUD Housing Choice Vouchers (HCVs)[14] and seven HUD public housing or similar subsidized units. But in the notes to the State's data table 10, the State can only confirm that 75 of those who have accessed federal HCV are currently getting it, so that is the figure the ER will use going forward.

---

[13] Some of these tenants might be receiving services from MH providers other than a CMHC.
[14] This total does not include the number of Section 811 Mainstream vouchers accessed.

The CMHA states that "By January 1, 2017, the State will identify and maintain a waitlist of all individuals within the Target Population requiring supported housing services, and whenever there are 25 individuals on the waitlist, each of whom has been on the waitlist for more than two months, the State will add program capacity on an ongoing basis sufficient to ensure that no individual waits longer than six months for supported housing." (V.E.3(f)).  As referenced above, there are currently reported to be 85 individuals on the wait list for the Bridge program; 56 of these individuals have been on the wait list for more than two months.  The State has recently allocated new funds to the Housing Bridge Subsidy Program.  The State asserts that these funds will be sufficient to fund an additional 100 Bridge Program subsidies.  Access to these new units will be based on priorities established by Bridge Program regulations. The State will continue to manage access of wait list individuals to new units in accordance with these priorities.

Because these funds have only recently been released, and individuals continue to wait for supported housing, it would be premature to conclude that this infusion of resources will fully address the existing unmet need, or result in sufficient additional capacity to ensure no class member waits longer than six months for supported housing. In the next 3-6 months, the ER will closely monitor the impact of additional subsidies on the State's ability to move individuals off the supported housing wait list.

The State has recently implemented a major change in the administration of the Housing Bridge Subsidy Program.  Previously, the program had been administered on a statewide basis by an independent contractor.  Under the new model, each of the ten CMHCs is now performing certain participant-level functions, such as housing search; lease-up and occupancy supports; landlord negotiations; arrangement of housing related services and supports, and eviction prevention.  The CMHCs now also directly pay rent subsidies to landlords and are reimbursed for these costs by the State.  The State is managing intake and eligibility determination functions and will maintain a statewide waiting list.

These administrative changes could be having an impact on the overall effectiveness of the Housing Bridge Subsidy Program; the fact that 96 individuals are enrolled in the Bridge program but are still seeking a unit supports this conclusion.  However, it is too early in the implementation process to assess the effects of these changes.  The ER will continue to monitor the implementation process as well as monitoring data regarding lease-ups, the waiting list, and other related performance data.

## Transitions from Institutional to Community Settings

During the past six and one-half years, the ER has visited both Glencliff and NHH on at least ten separate occasions to meet with staff engaged in transition planning. The ER has also participated in six meetings of the Central Team.  The CMHA required the State to create a

Central Team to overcome barriers to discharge from institutional settings to community settings.

The Central Team has now had about 64 months of operational experience.  As of November 2020, 70 individuals have been submitted to the Central Team, 43 from Glencliff and 23 from NHH.  Of these, the State reports that 34 individual cases have been resolved, three individuals are deceased, 12 individuals at Glencliff Home are currently inactive and not interested in transitioning to the community due to COVID-19 or increased medical complexity, and 21 individual cases remain under consideration.  Table XVII below summarizes the discharge barriers that have been identified by the Central Team with regard to these 21 individuals.   Note that most individuals encounter multiple discharge barriers, resulting in a total higher than the number of individuals reviewed by the Central Team.

**Table XVII**

**Self-Reported Discharge Barriers for Open Cases Referred from NHH and Glencliff to the Central Team:**

**November 2020**

| Discharge Barriers | Number for Glencliff | Number for NHH |
|---|---|---|
| Legal | 4 (7.1%) | 2 (12.5%) |
| Residential | 15 (26.8%) | 5 (31.3%) |
| Financial | 8 (14.3%) | 2 (12.5%) |
| Clinical | 15 (26.8%) | 4 (25.0%) |
| Family/Guardian | 14 (25.0%) | 3 (18.8%) |
| Other | 0 (0%) | 0 (0%) |

It is notable that 20 of the 21 open cases with the Central Team involve residential concerns, which need to be addressed per the CMHA.

### Glencliff

In the time period from April through September 2020, Glencliff reports that it has admitted 11 individuals, and has had four discharges and seven deaths. The average daily census through this period was 116 people. There have been no readmissions during this time frame. There are currently 27 individuals on the wait list for admission to Glencliff.

CMHA Section VI requires the State to develop effective transition planning and a written transition plan for all residents of NHH and Glencliff (VI.A.1), and to implement them to enable these individuals to live in integrated community settings. In addition, Section V.E.3(i) of the CMHA also requires the State by June 30, 2017 to: "…have the capacity to serve in the community [a total of 16][15] individuals with mental illness and complex health care needs residing at Glencliff…." The CMHA defines these as: "individuals with mental illness and complex health care needs who could not be cost-effectively served in supported housing."[16]

---

[15] Cumulative from CMHA V.E.(.3(.(g), (h), and (i).
[16] CMHA V.E.2(a).

DHHS reports that a total of only 20 people have transitioned from Glencliff to integrated settings since the inception of the CMHA five years ago.

Based on data supplied by the State for the previous report, there are currently 26 individuals undergoing transition planning who could be transitioned to integrated community settings once appropriate living settings and community services become available.  Ten of these individuals have been assigned to Choices for Independence (CFI) waiver case management agencies in order to access case management in the community to facilitate transition planning, and seven are currently in the application process.  Five individuals have been found eligible for the Acquired Brain Disorder (ABD) or Developmental Disability (DD) waivers, one is in the application process, one has been denied eligibility for these waivers, and prefers to transition to Vermont and is eligible for that state's Choices for care waiver.  One individual is reported to not meet criteria for referrals to one or more of the waivers.  The remaining three individuals are undergoing transition planning absent CFI or other waiver eligibility.

DHHS continues to provide information about Glencliff transitions at the time of discharge, including clinical summaries, lengths of stay, location and type of community integrated setting, and array of individual services and supports arranged to support them in integrated community settings.  This information is important to monitor the degree to which individuals with complex medical conditions that could not be cost-effectively served in SH continue to experience transitions to integrated community settings.  To protect the confidentiality of individuals transitioned from Glencliff, this person-specific information is not included in the ER reports.

The ER has been concerned about the slow pace of transitions to integrated community settings by residents of the Glencliff Home.  Based on this concern, the ER conducted a three-day on-site review during the month of January 2020.  This review focused on the following CMHA provisions specifically relevant to transitions planning and effectuating transitions to integrated community settings on the part of Glencliff residents:

Section VI.A.1  "The State, through its community mental health providers and/or other relevant community providers, will provide *each* individual in NHH and Glencliff with effective transition planning and a written transition plan …." (Emphasis added);

Section VI.A.2 (a) through (e).  Note that Section (e) states:  that transition planning will "not exclude any individual from consideration for community living based solely on his or her level of disability";

Section VI.A.4 , which states, in part: "... the State will make all reasonable efforts to avoid placing individuals into nursing homes or other institutional settings";

Section VI.A.7 and 8, which require the State to implement a system of in-reach activities to enable Glencliff residents to meet with CMHPs to "develop relationships of trust" with CMHCs and other providers and to "actively support" residents to transition to the

community with proactive efforts to educate residents and family members/guardians about community options; and

Section V.E.2 (a) and (b) and Sections V.E.3(g) through (j), which require the State to develop integrated community living options for individuals with complex health care needs according to an implementation schedule and wait list provisions.

Based on the above information, the ER prepared recommendations for (State/DHHS-led) actions and interventions:

1. *Substantially improve in-reach from the community to Glencliff.*
2. *Improve the success and timeliness of access to Medicaid waivers in support of transitions to integrated community settings.*
3. *Have DHHS Bureau of Mental Health Services (BMHS) staff work more closely and pro-actively with other DHHS officials and the Area Agencies to increase access to community providers.*
4. *Improve access to Bridge subsidies to facilitate transitions from Glencliff.*
5. *Expand access to small scale (3 - 4 person) community residential programs for Glencliff residents with complex medical conditions.*
6. *Make it a very high priority to develop new small scale residential settings for residents with complex medical conditions as soon as possible.  This appears to be the most feasible approach to re-starting movement of people to integrated community settings. Some individuals have been waiting for transition for a long time.  Others will be encouraged to choose community living by seeing the success and satisfaction of residents that have moved to these programs.*

Over the last six months, the State has taken steps in response to the ER's first recommendation on in-reach.  Based in part on the findings of the ER Glencliff report, the State has developed a new transition planning policy and transition engagement protocols intended to expand and improve transition planning for all Glencliff residents.  Representatives of the Plaintiffs provided substantial recommendations and examples to assist the State to design a more effective transition planning process.  This revised process was finalized in October 2020.  The results of implementing the improved transition planning process have not yet been documented.  The State has executed a contract with Northern Human Services to provide transition support services for residents of Glencliff, and an "in-reach coordinator" has been hired.  As of the date of this report, implementation of the in-reach functions and activities is at a very early stage. Implementation has been hindered by the COVID-19 restrictions that have been in effect in New Hampshire since March 2020.  The State has not yet shared with the ER or representatives of the Plaintiffs the required monthly data reports from this new program.  However, the State has recently provided some preliminary information on activities for the past two months.  These include:

- In-reach coordinator 1:1 meetings (in-person or virtually) with approximately 33 residents – some multiple times as work progresses on cases;
- In-reach coordinator meetings (in-person, virtually or by telephone) with others, such as Glencliff Home staff, guardians and family members, approximately 40 times;
- In-reach coordinator meetings (in-person, virtually or by telephone) with providers approximately 40 times;
- In-reach coordinator's work with CMHCs on intake has resulted in some individuals being determined to no longer be in the Target Population (confirmed by DHHS psychiatrists), and to identify a need for specific Registered Sex Offender (RSO) related solutions.

The ER expects that the State will begin sharing the monthly data reports required of the contracted in-reach program with the ER and representatives of the Plaintiffs no later than February 15, 2021.

The activities noted above represent potentially positive improvements of the transition planning and in-reach functions for Glencliff residents as established by the CMHA.  However, as of the date of this report, the State has not demonstrated progress with regard to the other specific findings and recommendations enumerated in 2-6 above.

For instance, there has been no expansion of the number or capacity of integrated community settings for Glencliff residents.  This failure to develop appropriate, less restrictive alternatives to institutionalization at Glencliff is a major barrier to timely transition and the most common obstacle facing individuals currently waiting for more integrated options in the community.  It also reflects an ongoing area of noncompliance with the terms of the CMHA.

The pace of community transitions from Glencliff has also remained stagnant, both before and during the pandemic.  With the exception of accessing capacity in one existing program (Palm St. in Nashua), there have been no additional transitions to integrated settings this entire year, despite the fact that there are almost 30 individuals identified as being in active transition planning, and have been for months or years, and many more would benefit from transition to the community if appropriate residential services and supports were available.  Nor is there any additional integrated community living capacity in the development pipeline specifically for individual or groups of Glencliff residents.  Therefore, the ER will prioritize further action and reporting from the State in the remaining areas of recommendation over the next 3-6 months.

Once COVID restrictions are ended, the ER intends to closely monitor activities related to Glencliff transition planning.  This monitoring of in-reach programming will focus on:

1. Implementation of the in-reach program, including written transition plans, individual meetings between Glencliff residents and CMHPs, community visits, CMHC communications, etc.;

2. Implementation of revised policies, procedures, forms, training contents, etc. related to transition planning and informed consent;

3. Tracking and analyzing data reported by the in-reach program to the State;

4. Assessing the degree to which all CMHCs in the state become re-engaged in transition planning and in expanding integrated community settings for Glencliff residents;

5. Tracking progress of individuals on the active discharge planning list towards integration into the community; and

6. Documenting the development of new integrated community settings for Glencliff residents.

The ER recognizes that the State intends to improve transition planning and to facilitate additional community integrated transitions for Glencliff residents. **However, at this point, and based on the lack of progress since the ER's January review, it is still not possible for the ER to document that the State is in compliance with CMHA provisions related to Glencliff transition planning or transitions to integrated community settings.**

**Preadmission Screening and Resident Review (PASRR)**

The State periodically provides data on PASRR Level II screens conducted in New Hampshire. Recent PASRR data are summarized in Table XVIII below.  A Level II screen is conducted if a PASRR Level I (initial) screen identifies the presence of mental illness, intellectual disability, or related conditions for which a nursing facility placement might not be appropriate.  One objective of the Level II screening process is to seek alternatives to nursing facility care by diverting people to appropriate integrated community settings.  Another objective is to identify the need for specialized facility-based services if individuals are deemed to need nursing facility level of care.

**Table XVIII**

**Self-Reported PASRR Level II Screens**

|  | October 2019 through June 2020 Percent | April through June 2019 Percent | July through Sept 2019 Percent | April – June 2020 Percent | July – October 2020 Percent |
|---|---|---|---|---|---|
| Full Approval - No Specialized Services | 37.9% | 28.8% | 31.0% | 64.4% | 61.3% |
| Full Approval with Specialized Services | 30.3% | 28.8% | 38.0% | 0.0% | 6.5% |
| Provisional – No Specialized Services | 16.7% | 18.8% | 19.7% | 23.1% | 0.0% |
| Provisional with Specialized Services | 15.2% | 23.8% | 11.3% | 11.5% | 32.3% |
| Total | 100%% | 100% | 100% | 100% | 100% |

In the December 2018 ER report, 10.2% of the Level II screens were approved with a specification for specialized services.  At that time, the ER questioned whether this was an unusually low rate for specification of specialized services.  In a comparison with one other state, the ER found substantially higher approvals for specialized services than was evidenced in New Hampshire at that time.  In the intervening period, the State and the PASRR contractor have been reviewing protocols for specification of specialized services in the Level II process.  For the period April through June 2019, 52.6% percent of total Level II screens identified a need for special services. For July through September 2019, the percent was 49.3%.  In the July to October 2020, time period, 38.8% of the PASRR Level II approvals included provisions for specialized services.

For a variety of reasons, virtually all PASRR screens in New Hampshire are conducted for people who are already in a nursing facility.  For example, for October 2019 through March 2020, 96.7% of Level II screens were conducted in nursing facilities.  In the April to June quarter this number was 100%.  Prime opportunities for diversion to integrated community settings may have already been missed by the time the PASRR screen is conducted.

In addition, individuals admitted to Glencliff must have been turned down by at least two other facilities before being considered for admission.  Clearly, interventions to divert individuals from Glencliff or other nursing facilities must be initiated before the PASRR screening process is conducted.  PASRR is important to assure that people with mental illness, ID/DD, or related conditions are not inappropriately institutionalized or placed in nursing facilities without access to necessary special services.  However, PASRR is not by itself sufficient to divert people from nursing facility care.  Up-stream interventions at NHH, the DRFs, and among the CMHCs are also essential to prevent unnecessary facility placement.

### New Hampshire Hospital and the Designated Receiving Facilities (DRFs)

For the time period July through September 2020, the State reports that NHH effectuated 244 admissions and 244 discharges.  The mean daily census was 180, and the median length of stay for discharges was 21 days.  Note that the average daily census for the January – March 2020 reporting period was 159, with 21 fewer beds being filled on average.  This increased daily census reflects the conversion of the children's inpatient unit to an adult acute care unit.

Table XIX below compares NHH discharge destination information for the six most recent reporting periods. The numbers are expressed as percentages because the length of the reporting periods had not previously been consistent, although the type of discharge destination data reported has been consistent throughout.

**Table XIX**

**New Hampshire Hospital Self-Reported Data on**

**Discharge Destination**

| Discharge Destination | Percent July through September 2019 | Percent October through December 2019 | Percent January through March 2020 | Percent April through June 2020 | Percent July through September 2020 |
|---|---|---|---|---|---|
| Home – live alone or with others | 70.5% | 70.76% | 72.77% | 80.6% | 68.4% |
| Glencliff | 0.4% | 0.42% | 2.35% | 0 | 0 |
| Homeless Shelter/motel | 4.38% | 7.11% | 5.16% | 2.3% | 2.87% |
| Group home 5+/DDS supported living, peer support housing  etc. | 3.98% | 4.24% | 3.29% | 3.0% | 2.46% |
| Jail/correc-tion | 1.2% | 3.0% | 1.41% | 2.3% | 3.28% |
| Nursing home/rehab facility | 5.98% | 5.00% | 4.69% | 3.3% | 6.56% |
| Other[17] | | 10.17% | 10.33% | 6.9% | 5.33% |

[17] The ER did not include the "Other" category in previous reports.

The State now consistently reports information on the hospital-based Designated Receiving Facilities (DRFs) and the Cypress Center in New Hampshire.  It is important to capture the DRF/Cypress Center data and analyze it with NHH and Glencliff data to get a total institutional census across the state for the SMI population.  Table XX summarizes these data.

## Table XX

### Self-Reported DRF/APRTP Utilization Data

### January 2016 through September 2020

| | Franklin | Cypress | Portsmouth | Elliot Geriatric | Elliot Pathways | Parkland | Total |
|---|---|---|---|---|---|---|---|
| **Admissions** | | | | | | | |
| Jan - March 2016 | 69 | 257 | 46 | 65 | 121 | | 558 |
| April - June 2016 | 79 | 205 | 378 | 49 | 92 | | 803 |
| July - Sept 2016 | 37 | 207 | 375 | 54 | 114 | | 787 |
| April - June 2017 | 60 | 228 | 363 | 52 | 101 | | 804 |
| July - September 2017 | NA** | 178 | 363 | 60 | 121 | | 722 |
| Oct. - Dec 2017 | 59 | 209 | 358 | 55 | 102 | | 783 |
| Jan. - March 2018 | 52 | 240 | 330 | 66 | 100 | | 788 |
| April - June, 2018 | 69 | 244 | 333 | 65 | 104 | | 815 |
| July - September 2018 | 67 | 201 | 357 | 54 | 112 | | 791 |
| October - December 2018 | 87 | 198 | 375 | 64 | 72 | | 796 |
| January - March 2019 | 126 | 182 | 349 | 56 | 123 | | 836 |
| April to June 2019 | 108 | 187 | 371 | 89 | 108 | | 865 |
| July to September 2019 | 104 | 194 | 391 | 52 | 95 | | 836 |
| October - December 2019 | 96 | 175 | 350 | 63 | 100 | | 784 |
| January - March 2020 | 114 | 186 | 333 | 52 | 105 | | 790 |
| April - June 2020 | 105 | 129 | 298 | 36 | 119 | | 687 |
| July - September 2020 | 116 | 159 | 348 | 51 | 121 | 54 | 849 |

| | Franklin | Cypress | Portsmouth | Elliot Geriatric | Elliot Pathways | Parkland | Total |
|---|---|---|---|---|---|---|---|
| Percent involuntary | 53.70% | 18.70% | NA | 18.50% | 30.60% | | NA |
| Jan - March 2016 | 55.70% | 24.40% | 20.40% | 4.10% | 48.90% | | 25.50% |
| April - June 2016 | 43.20% | 29.50% | 18.90% | 13.00% | 44.70% | | 26.20% |
| July - Sept 2016 | 58.30% | 21.50% | 22.00% | 1.00% | 47.50% | | 30.06% |
| April - June 2017 | NA** | 25.60% | 25.60% | 11.50% | 50.40% | | NA |
| July - September 2017 | 49.20% | 30.10% | 23.70% | 12.70% | 50.00% | | 30.00% |
| Oct. - Dec 2017 | 44.20% | 28.30% | 21.50% | 6.10% | 47.00% | | 27.00% |
| Jan. - March 2018 | 46.73% | 25.82% | 24.62% | 9.23% | 51.92% | | 29.08% |
| April - June, 2018 | 28.36% | 24.38% | 19.33% | 12.96% | 49.11% | | 25.16% |
| July - September 2018 | 46.00% | 23.20% | 22.40% | 6.25% | 51.40% | | 26.50% |
| October - December 2018 | 45.20% | 18.10% | 23.20% | 12.50% | 47.20% | | 28.20% |
| January - March 2019 | 61.10% | 20.90% | 19.40% | 7.90% | 47.20% | | 27.30% |
| April to June 2019 | 43.30% | 16.50% | 25.10% | 11.50% | 55.80% | | 28.00% |
| July to September 2019 | 63.50% | 23.40% | 24.00% | 7.90% | 40.00% | | 29.50% |
| October - December 2019 | 53.50% | 24.20% | 21.00% | 9.60% | 40.00% | | 28.16% |
| January - March 2020 | 53.51% | 24.19% | 21.02% | 9.62% | 40.00% | | 28.16% |
| April - June 2020 | 44.76% | 24.03% | 25.84% | 13.89% | 42.90% | | 31.59% |
| July - September 2020 | 48.28% | 39.00% | 20.69% | 21.56% | 42.97% | 100.00% | 36.16% |

| | Franklin | Cypress | Portsmouth | Elliot Geriatric | Elliot Pathways | Parkland | Total |
|---|---|---|---|---|---|---|---|
| Mean Census | 7.9 | 14.7 | NA | 19.7 | 18.1 | | NA |
| Jan - March 2016 | 7.8 | 13.2 | 21.4 | 22.5 | 16.9 | | 81.8 |
| April - June 2016 | 4.5 | 13.6 | 23.2 | 25.6 | 14.5 | | 81.4 |
| July - Sept 2016 | 4.5 | 12 | 30.3 | 29.3 | 10 | | 86.1 |
| April - June 2017 | NA** | 12.9 | 29.7 | 29.7 | 12.2 | | NA |
| July - September 2017 | 10.1 | 12.3 | 27.7 | 32.6 | 16.1 | | 19.7 |
| Oct. - Dec 2017 | 6.7 | 11.6 | 32.5 | 34.6 | NA | | NA |
| Jan. - March 2018 | 9.1 | 11.9 | 31.7 | 31.7 | 20.4 | | 104.8 |
| April - June, 2018 | 11.8 | 8.4 | 39.6 | 33.8 | 18.2 | | 111.8 |
| July - September 2018 | 10.7 | 9.2 | 27.4 | 33.4 | 10.7 | | 91.4 |
| October - December 2018 | 8.5 | 14.5 | 30.4 | 22.6 | 14.9 | | 90.9 |
| January - March 2019 | 8.4 | 11.5 | 29.7 | 27 | 12.1 | | 88.7 |
| April to June 2019 | 9.4 | 12.2 | 24.1 | 24.1 | 12 | | 81.8 |
| July to September 2019 | 10.6 | 13.4 | 31.8 | 23.7 | 9.5 | | 89 |
| October - December 2019 | 10.6 | 13.7 | 29.2 | 20.5 | 12 | | 86 |
| January - March 2020 | 10.6 | 13.7 | 29.2 | 20.5 | 12 | | 86 |
| April - June 2020 | 8.5 | 11.1 | 24.8 | 11.9 | 11.7 | | 68 |
| July - September 2020 | 9.7 | 13.4 | 27.7 | 14.1 | 13 | 3.4 | 81.3 |

|  | Franklin | Cypress | Portsmouth | Elliot Geriatric | Elliot Pathways | Parkland | Total |
|---|---|---|---|---|---|---|---|
|  | 76 | 261 | NA | 57 | 122 |  | 516* |
| Discharges | 78 | 206 | 363 | 51 | 90 |  | 788 |
| Jan - March 2016 | 35 | 213 | 380 | 64 | 113 |  | 805 |
| April - June 2016 | 59 | 232 | 365 | 54 | 105 |  | 815 |
| July - Sept 2016 | NA** | 243 | 355 | 63 | 121 |  | NA |
| April - June 2017 | 82 | 212 | 359 | 58 | 102 |  | 813 |
| July - September 2017 | 53 | 248 | 326 | 67 | 101 |  | 795 |
| Oct. - Dec 2017 | 74 | 244 | 326 | 65 | 107 |  | 816 |
| Jan. - March 2018 | 66 | 195 | 353 | 54 | 112 |  | 780 |
| April - June, 2018 | 89 | 204 | 358 | 62 | 79 |  | 792 |
| October - December 2018 | 124 | 177 | 348 | 56 | 106 |  | 811 |
| January - March 2019 | 108 | 193 | 368 | 55 | 111 |  | 835 |
| April to June 2019 | 101 | 192 | 386 | 54 | 97 |  | 830 |
| July to September 2019 | 102 | 198 | 353 | 60 | 123 |  | 836 |
| October - December 2019 | 110 | 207 | 327 | 71 | 119 |  | 834 |
| January - March 2020 | 110 | 207 | 327 | 71 | 119 |  | 834 |
| April - June 2020 | 101 | 131 | 294 | 51 | 117 |  | 694 |
| July - September 2020 | 117 | 164 | 324 | 41 | 121 | 48 | 815 |

| | Franklin | Cypress | Portsmouth | Elliot Geriatric | Elliot Pathways | Parkland | Total |
|---|---|---|---|---|---|---|---|
| | 8.6 | 4.2 | NA | 15 | 7.4 | | 8.8* |
| Mean LOS for Discharges | 6 | 4 | 4 | 28 | 7 | | 5 |
| Jan - March 2016 | 7 | 5 | 4 | 24 | 8 | | 5 |
| April - June 2016 | 6 | 4 | 5 | 22 | 8 | | 9 |
| July - Sept 2016 | NA | 4 | 4 | 27 | 7 | | NA |
| April - June 2017 | 4 | 4 | 5 | 21 | 7 | | 5 |
| July - September 2017 | 5 | 4 | 5 | 23 | 7 | | 5 |
| Oct. - Dec 2017 | 5 | 4 | 5 | 20 | 8 | | 5 |
| Jan. - March 2018 | 4 | 4 | 4 | 21 | 7 | | 5 |
| April - June, 2018 | 4 | 3 | 4 | 31 | 7 | | 5 |
| October - December 2018 | 5 | 5 | 6 | 18 | 8.5 | | 6 |
| January - March 2019 | 5 | 3 | 5 | 18 | 7 | | 5 |
| April to June 2019 | 6 | 4 | 6 | 26 | 8 | | 6 |
| July to September 2019 | 7 | 5 | 6 | 25 | 7 | | 7 |
| October - December 2019 | 6 | 5 | 6 | 20 | 8 | | 6 |
| January - March 2020 | 6 | 5 | 6 | 20 | 8 | | 6 |
| April - June 2020 | 6 | 6 | 6 | 27 | 8 | | 7 |
| July - September 2020 | 6 | 7 | 6 | 18 | 8 | 5 | 7 |

*  Does not include Portsmouth

The DRFs should theoretically relieve some of the pressure on NHH for inpatient admissions, and should also reduce the number of people waiting for psychiatric admissions in hospital EDs.

DHHS has recently begun tracking discharge dispositions for people admitted to the DRFs and Cypress Center.  Table XXI below provides a summary of these recently reported data.

**Table XXI**

**Self-Reported Discharge Dispositions for DRFs in New Hampshire**

**April 2020 through September 2020**

| Disposition | Frank-lin | Cy-press | Ports-mouth | Elliot Geria-tric | Elliot Path-ways | Park-land | Total | Per-cent |
|---|---|---|---|---|---|---|---|---|
| Home | 199 | 264 | 434 | 23 | 198 | 44 | 1,162 | 76.35% |
| NHH | 6 | 0 | 10 | 0 | 0 | 3 | 23 | 1.51% |
| Residential Facility/ Assisted Living | 1 | 0 | 0 | 25 | 0 | 0 | 28 | 1.84% |
| Other DRF[18] | 0 | 10 | 5 | 4 | 5 | 0 | 17 | 1.12% |
| Hospital | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| Death | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| Other or Unknown | 14 | 21 | 175* | 45 | 36 | 1 | 292 | 19.19 |
| Total | 220 | 295 | 621 | 97 | 241 | 48 | 1,522 | 100% |

Based on these self-reported data, 76.35% of recent discharges from DRFs and the Cypress Center are to home.  This is similar to the 68.4% discharges to home reported by NHH.  It should be noted that discharges to hotels/motels or shelters are not specifically identified in the reported DRF data.  Rather, these are included in the "Other" category.  Thus, it is not possible to document whether discharges to hotels/motels and shelters have increased during COVID.  For NHH, there was only a slight increase in discharges to hotels/motels and shelters during the most recent period, and over the past two years the proportion of such discharges from NHH has been reduced.

---

[18] The State reports that these transfers reflect conversion from involuntary to voluntary status, not transfers among DRF facilities.

**Hospital Readmissions**

DHHS is now reporting readmission rates for both NHH and the DRFs.  Table XXII below summarizes these data:

**Table XXII**

**Self-Reported Readmission Rates for NHH and the DRFs**

**July 2017 through September 2020**

|  | Percent 30 Days | Percent 90 Days | Percent 180 Days |
|---|---|---|---|
| **NHH** | | | |
| 7/2017 to 9/2017 | 9.80% | 21.60% | 27.90% |
| 10 to 12/2107 | 12.8% | 26.1% | 32.8% |
| 1/2018 to 3/2018 | 13.7% | 22.7% | 29.9% |
| 4/2018 to 6/2018 | 7.6% | 14.7% | 23.4% |
| 7/2018 to 9/2018 | 8.6% | 19.6% | 25.4% |
| 10/2018 to 12/2018 | 7.3% | 18.1% | 25.9% |
| 1/2019 to 3/2019 | 5.3% | 14.8% | 21.2% |
| 4/2109 to 6/2019 | 8.4% | 15.0% | 20.3% |
| 7/2019 to 9/2019 | 10.5% | 18.6% | 23.3% |
| 1/2020 to 3/2020 | 6.6% | 12.4% | 21.1% |
| 4/2020 to 6/2020 | 9.7% | 14.7% | 20.0% |
| 7/2020 to 9/2020 | 6.1% | 12.7% | 16.4% |
| | | | |
| **Franklin** | | | |
| 7 to 9/2017 | NA | NA | NA |
| 10 to 12/2107 | 10.2% | 10.2% | 10.2% |
| 1 to 3/2018 | 0.0% | 0.0% | 1.9% |
| 4/2018 to 6/2018 | 4.3% | 5.8% | 5.8% |
| 7/2018 to 9/2018 | 6.0% | 9.0% | 16.4% |
| 10/2018 to 12/2018 | 2.3% | 4.6% | 5.7% |
| 1/2019 to 3/2019 | 7.9% | 10.3% | 10.3% |
| 4/2109 to 6/2019 | 6.5% | 9.3% | 12.0% |
| 7/2019 to 9/2019 | 1.9% | 6.7% | 9.6% |
| 1/2020 to 3/2020 | 3.5% | 6.1% | 7.8% |
| 4/2020 to 6/2020 | 3.8% | 4.7% | 4.7% |
| 7/2020 to 9/2020 | 2.5% | 5.0% | 5.9% |

**Cypress**

| | | | |
|---|---|---|---|
| 7 to 9/2017 | 7.10% | 12.40% | 15.90% |
| 10 to 12/2107 | 12.00% | 18.70% | 24.40% |
| 1 to 3/2018 | 4.20% | 9.60% | 15.80% |
| 4/2018 to 6/2018 | 4.50% | 8.20% | 11.90% |
| 7/2018 to 9/2018 | 8.50% | 13.90% | 18.90% |
| 10/2018 to 12/2018 | 7.10% | 11.10% | 15.20% |
| 1/2019 to 3/2019 | 5.50% | 14.80% | 17.60% |
| 4/2109 to 6/2019 | 9.90% | 15.10% | 20.80% |
| 7/2019 to 9/2019 | 6.60% | 9.20% | 12.80% |
| 1/2020 to 3/2020 | 3.50% | 5.00% | 8.50% |
| 4/2020 to 6/2020 | 5.20% | 11.90% | 18.70% |
| 7/2020 to 9/2020 | 3.10% | 6.30% | 7.50% |

**Portsmouth**

| | | | |
|---|---|---|---|
| 7 to 9/2017 | 11.50% | 17.50% | 21.00% |
| 10 to 12/2107 | 8.70% | 13.70% | 17.60% |
| 1 to 3/2018 | 8.80% | 15.50% | 20.60% |
| 4/2018 to 6/2018 | 10.20% | 15.90% | 21.90% |
| 7/2018 to 9/2018 | 8.40% | 12.90% | 19.00% |
| 10/2018 to 12/2018 | 7.70% | 14.90% | 20.30% |
| 1/2019 to 3/2019 | 12.90% | 19.50% | 23.50% |
| 4/2109 to 6/2019 | 10.50% | 17.80% | 22.40% |
| 7/2019 to 9/2019 | 8.20% | 12.00% | 12.00% |
| 1/2020 to 3/2020 | 9.70% | 29.20% | 23.00% |
| 4/2020 to 6/2020 | 7.30% | 15.00% | 23.60% |
| 7/2020 to 9/2020 | 14.10% | 21.80% | 24.70% |

**Elliot Pathways**

| | | | |
|---|---|---|---|
| 7 to 9/2017 | 3.30% | 6.60% | 12.40% |
| 10 to 12/2107 | 5.80% | 7.70% | 12.50% |
| 1 to 3/2018 | NA | NA | NA |
| 4/2018 to 6/2018 | 3.80% | 6.70% | 8.60% |
| 7/2018 to 9/2018 | 7.00% | 11.50% | 16.10% |
| 10/2018 to 12/2018 | 2.80% | 5.60% | 9.70% |
| 1/2019 to 3/2019 | 4.90% | 5.70% | 7.30% |
| 4/2109 to 6/2019 | 5.50% | 5.50% | 5.50% |
| 7/2019 to 9/2019 | 2.10% | 5.20% | 6.30% |
| 1/2020 to 3/2020 | 9.70% | 14.20% | 15.90% |
| 4/2020 to 6/2020 | 3.30% | 3.30% | 4.20% |
| 7/2020 to 9/2020 | 6.60% | 8.30% | 9.10% |

**Elliott Geriatric**

| | | | |
|---|---|---|---|
| 4/2018 to 6/2018 | 6.10% | 6.10% | 6.10% |
| 7/2018 to 9/2018 | 5.60% | 11.10% | 11.10% |
| 10/2018 to 12/2018 | 6.30% | 7.80% | 9.40% |
| 1/2019 to 3/2019 | 5.40% | 5.40% | 5.40% |
| 4/2109 to 6/2019 | 10.10% | 12.40% | 14.60% |
| 7/2019 to 9/2019 | 7.70% | 9.60% | 13.50% |
| 1/2020 to 3/2020 | 9.40% | 11.30% | 18.90% |
| 4/2020 to 6/2020 | 9.80% | 9.80% | 9.80% |
| 7/2020 to 9/2020 | 2.00% | 7.80% | 7.80% |

**Parkland**

| | | | |
|---|---|---|---|
| 7/2020 to 9/2020 | 1.90% | 1.90% | 1.90% |

Readmission rates, especially the 180-day readmission rate for NHH and Portsmouth, are high. At least a 16% of all people discharged from NHH are readmitted within 180 days.  For Portsmouth Hospital, 24.7% of individuals discharged have a readmission within 180 days. These data, in concert with the hospital emergency department data presented below, indicate that gaps remain in community services for people with serious mental illness, and that the essential connection between inpatient care and community services is not being effectuated for sizeable numbers of people at risk of re-hospitalization.  **These facts need to be understood in light of the State's ongoing efforts to increase ACT capacity and enrollment as documented earlier in this report.  The State must increase the focus on whether or not those readmitted to NHH or a DRF are being screened, assessed, and linked (when appropriate) to ACT and supported housing upon discharge.**

**Hospital ED Waiting List**

In the previous three reports, the ER has identified the hospital ED boarding wait for admission to NHH to be an important indicator of overall system performance.  The following two charts display worsening adult admissions delays to NHH for the period April 2020 through November 2020.





Until April of 2020, the overall trend in average daily wait lists for hospital admission was trending downward. However, in the past six months, the average daily wait list has increased significantly. This has occurred despite the addition of 30 beds at NHH, a new 4 bed IEA-DRF (Parkland) and 13 net new transitional housing beds statewide[19]. In addition, there continues to be excess capacity among several of the state's CMHC-based ACT teams, which can and should reduce reliance on institutional services.

---

[19] An additional 16 beds of transitional housing are pending.

In a recent all parties meeting, the State reported that there are 60 people at NHH clinically ready for discharge. The ER also notes that the recent State efforts to increase the number of hospital beds in the system, such that there are now more institutional beds in New Hampshire than at the start of the CMHA. A central purpose of the CMHA is to avoid unnecessary or prolonged institutionalization, and reduce over-reliance on institutional services by increasing community capacity. These two data points suggest that this purpose has not yet achieved, especially when additional investments are needed to ensure individuals have ready access to the remedial services and residential supports required for transitions from NHH and Glencliff. In addition, people awaiting psychiatric hospital admission are potential participants in ACT, MCT, crisis apartments, and other CMHA services. Thus, the ER intends to continue on reporting ED boarding in future reports.

### Family and Peer Supports

#### Family Supports

Per the CMHA, the State has maintained its contract with NAMI New Hampshire for family support services.

#### Peer Support Agencies

DHHS continues to report having a total of 15 peer support agency program (PSA) sites, with at least one program site in each of the ten regions. The State continues to report that all peer support centers meet the CMHA requirement to be open 44 hours per week. As of September 2020, the State reports that those sites have a cumulative total of 2,260 members, with an average daily participation rate of 128 people statewide.

The ER intends to conduct several PSA on-site visits within the next year (by December 30, 2021). Until those visits are complete, there will be no further information to report about these programs.

## IV.  Quality Assurance Systems

As noted earlier in this report, COVID restrictions have prevented the State from conducting the contracted ACT and SE fidelity reviews during the past 10 months. However, the State has been successful in conducting QSRs for all ten CMHCs during 2020. A summary tabulation of the results of these QSR activities is included as Appendix B of this report. Due to COVID, the ER has not been able to directly observe QSR CMHC reviews during this period, but has conducted two telephone interviews with the QSR leadership and team members.

All QSR reviews have been conducted remotely: that is, the service participant and staff interviews have been conducted by ZOOM or by phone. Nonetheless, participation and completion rates for the interviews have remained high, and quality checks of the interview

results have remained positive.  The team members report that they believe the QSR review results remain valid, albeit conducted under difficult conditions.

For the most recent set of QSR reviews (SFY 2020) the State has increased the performance threshold from 70% to 80% for each indicator and for overall average performance.  CMHCs scoring less than 70% on any indicator must submit a quality improvement plan (QIP), the implementation of which is monitored by the State.  QIPs are also used to prioritize technical assistance and coaching efforts designed to assist CMHCs to improve performance.  The ER also monitors implementation of the QIPs via interviews with both State and CMHC staff.

Overall, the CMHC system averages QSR performance scores above the 80% threshold.  That is, each CMHC has an aggregate average score above 80%, and the aggregate average for the ten CMHCs together also exceeds 80%.  These facts demonstrate that overall CMHC and system-wide performance has been steadily improving since in inception of the QSR review process.

However, there continue to be some areas of lower than desired performance and quality in the CMHC system as documented by the QSR findings.  Of the 18 indicators summarized in the QSR reports, the CMHC system as a whole performs below the 80% threshold on four indicators.  These are:

1.  Indicator 8: adequacy of employment assessment (nine of 10 CMHCs below 80%; system wide average 69%);
2.  Indicator 10: adequacy of employment service delivery (five of 10 CMHCs below 80%; system-wide average 78%);
3.  Indicator 12: individual is integrated into the community, has choice, increased independence and social supports (five of 10 CMHCs below 80%; system-wide average 79%); and
4.  Indicator 17: implementation of ACT services (six of 10 CMHCs below 80%; state-wide average 74%).

In addition, there are two indicators for which the state-wide average performance is above 80%, but for which five CMHCs are performing below the 80% threshold.  These are:

1.  Indicator 13: adequacy of crisis assessment; and
2.  Indicator 15: crisis service delivery.

The ER notes that performance below the 80% QSR performance threshold is not, by itself, evidence of non-compliance with the CMHA.  However, when taken together with data regarding service fidelity and class members' outcomes, including successful community integration, QSR performance scores provide a powerful indication of: 1) whether specific remedial services are being delivered consistent with CMHA requirements; and 2) whether the purpose and objectives of the CMHA are being realized.  In addition, scores below the performance threshold indicate a need for improved quality and improved implementation of

52

services vis-à-vis service participants.  These findings trigger increased monitoring and technical assistance activities, which in turn are expected to both result in improved quality and service outcomes for the CMHA Target Population and increase compliance with the requirements of the CMHA.

As soon as possible after the COVID restrictions are eased, the ER intends to return to active observation of both QSR and Fidelity Review activities.

# I.     Summary of Expert Reviewer Observations and Priorities

The ER has emphasized in this report that the State continues to be far from compliant with the CMHA requirements for ACT.  **For the last four and one half years, the ER has reported that the State is out of compliance with the ACT requirements of Sections V.D.3, which together require that the State provide ACT services that conform to CMHA requirements and have the capacity to serve at least 1,500 people in the Target Population at any given time.**

Other areas of non-compliance identified in this report include:

1. **With regard to Glencliff, the ER has documented failure to provide effective transition planning and in-reach activities, failure to transition residents of Glencliff into integrated community settings in accordance with the CMHA, and failure to expand community residential and other service capacity to meet the needs of Glencliff residents in alternative community settings.  In addition, the ER cannot document or certify that residents of Glencliff have written transition plans in accordance with CMHA requirements; and**
2. **Although the State technically meets the statewide CMHA standard for SE penetration, the ER notes six of the ten CMHC regions of the state have penetration rates lower than the standard.  At the very least, the ER considers that this demonstrates that Target Population members do not have equal access to SE services throughout New Hampshire.**

As has been noted at several points in this report, the COVID-19 pandemic has significantly influenced the New Hampshire mental Health System over the past 10 months, although the areas of noncompliance noted in this report all predate the onset of the pandemic.  In general, the State is to be congratulated for its efforts to provide basic levels of services for the CMHA Target Population, and also for striving to maintain the quality of services for the Target Population.  The absence of progress towards compliance is not unexpected in light of these challenges, but it does have the practical effect of extending the period of time that is likely to be required before any maintenance of effort year can begin.

COVID has also directly affected the degree to which the ER could directly monitor and document compliance with the terms and requirements of the CMHA. The ER has not been able to conduct any direct on-site reviews or interviews in the past ten months, instead relying on telephonic conversations and analyses of secondary data. Absent other information, the ER concludes that while service delivery and quality has remained relatively consistent under COVID, there has also been relatively little documented progress made in addressing and making progress on issues related to compliance with the CMHA.

With the advent of vaccinations to prevent COVID infection, the ER is hopeful that the State will re-invigorate efforts to comply with the requirements of the CMHA. At the same time, as soon as it is safe to do so, the ER intends to re-engage in on-site and face-to-face monitoring to verify and document the degree to which compliance with the CMHA is being attained and maintained.

As the ER has stated in previous reports, the State will not be able to disengage from the CMHA until full compliance is reached for all requirements of the CMHA.

To facilitate progress towards compliance and disengagement, the ER expects the State to develop and implement measures to address all areas of non-compliance referenced above, and those issues in which further actions or data production is necessary in order to assess compliance, with the following specific actions to take place:

1.   No later than March 1, 2021, the State will provide a written update on the following: implementation of specific ACT strategies to expand ACT capacity and enrollment, eliminate the wait list, and reduce the elapsed time for CMHAs to process individuals into ACT services. In addition, the ER expects the State to produce and report preliminary data on participants' length of stay, discharge, and reason for their discharge.

2.   No later than February 15, 2021 the State will begin sharing monthly report data, as specified in the contract, from the Glencliff in-reach program with the ER and representatives of the Plaintiffs.

3.   No later than March 1, 2021 the State will provide a written report to the ER and representatives of the Plaintiffs documenting the number of new integrated community settings available, or in the development pipeline, specifically for residents of Glencliff.

4.   No later than February 1, 2021, a written updated report on the availability of MCT services to class members in the Nashua region, including staffing levels and crisis apartment capacity.

5.   No later than March 1, 2021, a written update on the supported housing waiting list, and specifically the utilization of new Housing Bridge subsides to move individuals waiting more than two months into the Bridge program.

54

**Appendix A**

**New Hampshire Community Mental Health Agreement**

***State's Quarterly Data Report***

***January through March, 2020***



# New Hampshire Community Mental Health Agreement Quarterly Data Report

*July – September 2020*

New Hampshire Department of Health and Human Services

Bureau of Quality Assurance and Improvement

December 28, 2020

*The Department of Health and Human Services' Mission is to join communities and families*
*in providing opportunities for citizens to achieve health and independence*

# Community Mental Health Agreement Quarterly Data Report

**New Hampshire Department of Health and Human Services**

**Publication Date:** December 28, 2020

**Reporting Period:** 7/1/2020 – 9/30/2020

## Notes for Quarter

- On March 13, 2020, Governor Christopher T. Sununu issued Executive Order 2020-04, declaring a State of Emergency due to the Novel Coronavirus (COVID-19). On March 26, 2020, Governor Sununu issued related Emergency Order #17, implementing a stay-at-home, shelter in place of residence requirement, effective March 27, 2020 at 11:59 PM. Although the stay-at-home order expired June 15, 2020, the State of Emergency declared through Executive Order 2020-04 has been extended (Executive Order 2020-24, dated December 11, 2020, contains the latest extension). The data in this report regards service provision throughout the emergency period.

- Tables 2a-b. Community Mental Health Center Services: Assertive Community Treatment Staffing – Northern Human Services ACT staffing counts are now separated by ACT team. Additionally, some staff counts are lower due to COVID-19 and are not indicative of actual vacancies but individuals on leave related to the pandemic.

- Tables 5a-f. Designated Receiving Facilities (DRF) – In November and December 2019, Portsmouth Regional Hospital and Parkland Memorial Center (respectively) received approval for four (4) new DRF beds, for a total increase of eight (8) DRF beds. Reporting for Portsmouth's new beds was added in the last quarterly report. Parkland's new beds are also now added to the quarterly report.

- Table 5-e. Designated Receiving Facilities: Discharge Location for Adults – Improvement to the data-reporting tool used by the facilities to capture discharges in the "Home" category now includes individuals living with family members, living alone, and living with others (non-family). In the past, some facilities' data did not provide this level of detail and was captured in the "Other" category as a result.

- Table 7. NH Mental Health Client Peer Support Agencies: Census Summary – Peer Support Agencies were open with limited on-site capacity due to COVID-19. The Average Daily Visits reported includes the number of individuals participating in groups online and on-site.

- Tables 11a-c. Mobile Crisis Services and Supports for Adults – several data elements reported as zero (0), or otherwise lower than normal volume, reflects the direct or indirect impact of the State of Emergency declared in response to COVID-19, such as lack of crisis apartment use due to distancing and quarantine protocols.

- Table 11c. Mobile Crisis Services and Supports for Adults – Harbor Care. Data reflects the final months of this program, as operated by Harbor Care. Capacity to provide services gradually decreased due to the loss of staff transitioning to other employment opportunities in anticipation of the closure.

## Acronyms Used in this Report

ACT:    Assertive Community Treatment

BMHS:  Bureau of Mental Health Services

NHH:    New Hampshire Hospital

NHHFA:  New Hampshire Housing Finance Authority

BQAI:   Bureau of Quality Assurance and Improvement

CMHA:  Community Mental Health Agreement

CMHC:  Community Mental Health Center Administration

DHHS:  Department of Health and Human Services

DRF:    Designated Receiving Facility

ED:      Emergency Department

FTE:    Full Time Equivalent

HBSP:  Housing Bridge Subsidy Program

HUD:    US Department of Housing and Urban Development

MCT:    Mobile Crisis Team

PRA:    Project Rental Assistance

SE:      Supported Employment

VA:      Veterans Benefits

## 1a. Community Mental Health Center Services:  Unique Count of Adult Assertive Community Treatment Clients

| Community Mental Health Center | July 2020 | August 2020 | September 2020 | Unique Clients in Quarter | Unique Clients in Prior Quarter |
|---|---|---|---|---|---|
| 01 Northern Human Services | 117 | 119 | 121 | 127 | 126 |
| 02 West Central Behavioral Health | 50 | 39 | 43 | 55 | 62 |
| 03 Lakes Region Mental Health Center | 54 | 54 | 52 | 57 | 60 |
| 04 Riverbend Community Mental Health Center | 94 | 94 | 91 | 104 | 111 |
| 05 Monadnock Family Services | 50 | 50 | 47 | 51 | 51 |
| 06 Greater Nashua Mental Health | 106 | 109 | 107 | 115 | 108 |
| 07 Mental Health Center of Greater Manchester | 257 | 266 | 265 | 279 | 269 |

| | | | | | |
|---|---|---|---|---|---|
| 08 Seacoast Mental Health Center | 68 | 71 | 74 | 75 | 71 |
| 09 Community Partners | 70 | 73 | 72 | 77 | 75 |
| 10 Center for Life Management | 48 | 48 | 49 | 53 | 51 |
| **Total Unique Clients** | **913** | **922** | **920** | **990** | **984** |
| **Unique Clients Receiving ACT Services 10/1/2019 to 9/30/2020:     1,288** | | | | | |

*Revisions to Prior Period:  None.*

*Data Source:  NH Phoenix 2.*

*Notes:  Data extracted 11/2/2020; clients are counted only one time regardless of how many services they receive.*

## 1b. Community Mental Health Center Services:  Assertive Community Treatment Screening and Resultant New ACT Clients

| Community Mental Health Center | April – June 2020 Retrospective Analysis | | | January – March 2020 Retrospective Analysis | | |
|---|---|---|---|---|---|---|
| | Unique Clients Screened: Individuals Not Already on ACT* | Appropriate for Further ACT Assessment: Individuals Not Already | New Clients receiving ACT Services within 90 days of Screening | Unique Clients Screened: Individuals Not Already on ACT* | Appropriate for Further ACT Assessment: Individuals Not Already | New Clients receiving ACT Services within 90 days of Screening |
| 01 Northern Human Services | 1,037 | 17 | 1 | 1,068 | 19 | 4 |
| 02 West Central Behavioral Health | 201 | 3 | 0 | 212 | 2 | 2 |
| 03 Lakes Region Mental Health Center | 878 | 1 | 0 | 733 | 8 | 1 |
| 04 Riverbend Community Mental Health Center | 1,446 | 2 | 1 | 1,449 | 0 | 0 |
| 05 Monadnock Family | 690 | 4 | 0 | 664 | 6 | 0 |

| Services | | | | | | |
|---|---|---|---|---|---|---|
| 06 Greater Nashua Mental Health | 802 | 7 | 2 | 833 | 5 | 0 |
| 07 Mental Health Center of Greater Manchester | 1,561 | 14 | 3 | 1,610 | 17 | 3 |
| 08 Seacoast Mental Health Center | 1,454 | 23 | 1 | 1,368 | 42 | 1 |
| 09 Community Partners | 262 | 0 | 0 | 254 | 1 | 1 |
| 10 Center for Life Management | 789 | 1 | 0 | 831 | 1 | 0 |
| **Total ACT Screening** | **9,120** | **72** | **8** | **9,022** | **101** | **12** |

*Data Source:  NH Phoenix 2 and CMHC self-reported ACT screening records. ACT screenings submitted through Phoenix capture ACT screenings provided to clients found eligible for state mental health services.  Phoenix does not capture data for non-eligible clients; three CMHCs submit this data through Phoenix. Seven CMHCs self-report.  All such screenings, excluding individuals who are already on ACT, are contained in this table.*

*Notes:  Data extracted 11/5/2020.  "Unique Clients Screened: Individuals Not Already on ACT" is defined as individuals who were not already on ACT at the time of screening that had a documented ACT screening during the identified reporting period.  "Screening Deemed Appropriate for Further ACT Assessment: Individuals Not Already on ACT" is defined as screened individuals not already on ACT that resulted in referral for an ACT assessment. "New Clients Receiving ACT Services within 90 days of ACT Screening" are defined as individuals who were not already on ACT that received an ACT screening in the preceding quarter and then began receiving ACT services.*

**1c. Community Mental Health Center Services:  New Assertive Community Treatment Clients**

| Community Mental Health Center | July – September 2020 | | | | April – June 2020 | | | |
|---|---|---|---|---|---|---|---|---|
| | New ACT Clients | New ACT Clients | 2020 New ACT Clients | Total New ACT Clients | New ACT Clients | New ACT Clients | New ACT Clients | Total New ACT Clients |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01 Northern Human Services | 6 | 4 | 3 | **13** | 4 | 4 | 3 | **11** |
| 02 West Central Behavioral Health | 1 | 1 | 3 | **5** | 8 | 7 | 6 | **21** |
| 03 Lakes Region Mental Health Center | 2 | 1 | 1 | **4** | 1 | 1 | 3 | **5** |
| 04 Riverbend Community Mental Health Center | 1 | 3 | 4 | **8** | 6 | 2 | 1 | **9** |
| 05 Monadnock Family Services | 0 | 0 | 0 | **0** | 0 | 0 | 0 | **0** |
| 06 Greater Nashua Mental Health | 3 | 5 | 2 | **10** | 0 | 2 | 3 | **5** |
| 07 Mental Health Center of Greater Manchester | 6 | 13 | 3 | **22** | 7 | 5 | 4 | **16** |
| 08 Seacoast Mental Health Center | 0 | 3 | 4 | **7** | 0 | 2 | 3 | **5** |
| 09 Community Partners | 1 | 2 | 4 | **7** | 2 | 1 | 3 | **6** |
| 10 Center for Life Management | 1 | 1 | 2 | **4** | 2 | 2 | 1 | **5** |
| **Total New ACT Clients** | **21** | **33** | **26** | **80** | **30** | **26** | **27** | **83** |

*Revisions to Prior Period:  None.*

*Data Source:  NH Phoenix 2.*

*Notes:  Data extracted 10/27/2020; New ACT Clients are defined as individuals who were not already on ACT within 90 days prior who then began receiving ACT services.  This information is not limited to the individuals that received an ACT screening within the previous 90-day period, and may include individuals transitioning from a higher or lower level of care into ACT.*

**1d. Community Mental Health Center Services:  Assertive Community Treatment Waiting List**

| As of 9/30/2020 | | | | | | |
|---|---|---|---|---|---|---|
| | Time on List | | | | | |
| Total | 0-30 days | 31-60 days | 61-90 days | 91-120 days | 121-150 days | 151-180+*days |
| **11** | 3 | 5 | 0 | 0 | 0 | 3 |
| As of 6/30/2020 | | | | | | |
| | Time on List | | | | | |
| Total | 0-30 days | 31-60 days | 61-90 days | 91-120 days | 121-150 days | 151-180 days |
| **13** | 2 | 2 | 3 | 0 | 1 | 5 |

*Revisions to Prior Period:  None.*

*Data Source:  BMHS Report.*

*Notes:  Data compiled 10/31/2020.  All individuals waiting are at MHCGM with the exception of one individual with CLM whose referral for ACT was received on the last day of the reporting period. Increased services for individuals waiting at MHCGM are being provided by the existing treatment team until assigned to an ACT team.  \*These individuals were no longer waiting by the end of October.*

**1e. Community Mental Health Center Services:  Assertive Community Treatment – New Hampshire Hospital Admission and Discharge Data Relative to ACT**

| Community Mental Health Center | July – September 2020 | | | | | | April – June 2020 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | On ACT at Admission | | d for ACT on Dischar | | d to ACT at Dischar | | On ACT at Admission | | d for ACT on Dischar | | d to ACT at Dischar | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 01 Northern Human Services | 0 | 11 | 3 | 8 | 2 | 1 | 6 | 10 | 4 | 6 | 2 | 2 |
| 02 West Central Behavioral Health | 3 | 7 | 3 | 4 | 3 | 0 | 5 | 7 | 3 | 4 | 1 | 2 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 Lakes Region Mental Health Center | 6 | 6 | 3 | 3 | 2 | 1 | 5 | 13 | 2 | 11 | 1 | |
| 04 Riverbend Community Mental Health Center | 11 | 15 | 3 | 12 | 3 | 0 | 9 | 18 | 3 | 15 | 3 | |
| 05 Monadnock Family Services | 1 | 16 | 2 | 14 | 2 | 0 | 4 | 13 | 0 | 13 | 0 | |
| 06 Greater Nashua Mental Health | 5 | 14 | 2 | 12 | 1 | 1 | 10 | 25 | 6 | 19 | 2 | |
| 07 Mental Health Center of Greater Manchester | 5 | 15 | 4 | 11 | 2 | 2 | 12 | 15 | 8 | 7 | 3 | |
| 08 Seacoast Mental Health Center | 4 | 5 | 3 | 2 | 3 | 0 | 8 | 9 | 1 | 8 | 0 | |
| 09 Community Partners | 1 | 11 | 1 | 10 | 1 | 0 | 8 | 17 | 5 | 12 | 4 | |
| 10 Center for Life Management | 1 | 5 | 4 | 1 | 2 | 2 | 0 | 3 | 1 | 2 | 1 | |
| **Total** | **37** | **105** | **28** | **77** | **21** | **7** | **67** | **130** | **33** | **97** | **17** | |

*Revisions to Prior Period:  None*

*Data Source:  New Hampshire Hospital.*

*Notes:  Data compiled 12/17/20.*

**1f. Community Mental Health Center Services:  Assertive Community Treatment – Reasons Not Accepted to ACT at New Hampshire Hospital Discharge Referral**

| Reason Not Accepted at Discharge | July - September 2020 | April - June 2020 |
|---|---:|---:|
| Not Available in Individual's Town of Residence | 0 | 0 |
| Individual Declined | 0 | 0 |
| Individual's Insurance Does Not Cover ACT Services | 0 | 1 |
| Individual's Clinical Need Does Not Meet ACT Criteria | 0 | 0 |
| Individual Placed on ACT Waitlist | 0 | 1 |
| Individual Awaiting CMHC Determination for ACT | 7 | 14 |
| **Total Unique Clients** | **7** | **16** |

*Revisions to Prior Period:  None.*

*Data Source:  New Hampshire Hospital.*

*Notes:  Data compiled 12/17/2020. Six (6) individuals who were awaiting CMHC determination at discharge from NHH, were no longer waiting for determination and were not on the ACT Waitlist by the last day of the month of discharge – indicating the ACT determination and resolution had occurred. One (1) individual awaiting CMHC determination was placed on the ACT waitlist by the end of the month of discharge and was no longer waiting at the end of the following month.  This indicates the individual was assessed for ACT and determined eligible by the end of the month of discharge, and then began receiving ACT in the next month (MHCGM).*

**2a. Community Mental Health Center Services:  Assertive Community Treatment Staffing Full Time Equivalents**

| Community Mental Health Center | September 2020 | June 2020 |
|---|---|---|

| | Nurse | Clinician/or Equivalent | Support Worker | Peer Specialist | (Excluding Psychiatry) | rse Practitioner | (Excluding Psychiatry) | Psychiatrist/Nurse Practitioner |
|---|---|---|---|---|---|---|---|---|
| 01 Northern Human Services - Wolfeboro | 0.00 | 1.00 | 4.00 | 0.57 | 5.57 | 0.40 | 13.36 | 1.20 |
| 01 Northern Human Services - Berlin | 0.65 | 0.80 | 4.50 | 0.00 | 5.95 | 0.35 | | |
| 01 Northern Human Services - Littleton | 0.60 | 0.00 | 3.00 | 0.00 | 3.60 | 0.45 | | |
| 02 West Central Behavioral Health | 0.60 | 1.20 | 2.70 | 0.50 | 5.00 | 0.50 | 6.10 | 0.50 |
| 03 Lakes Region Mental Health Center | 0.40 | 1.00 | 0.00 | 1.00 | 6.40 | 0.75 | 6.50 | 0.75 |
| 04 Riverbend Community Mental Health Center | 0.50 | 1.00 | 7.50 | 0.00 | 9.00 | 0.50 | 10.50 | 0.50 |
| 05 Monadnock Family Services | 2.00 | 1.25 | 0.00 | 1.10 | 11.58 | 0.65 | 8.85 | 0.65 |
| 06 Greater Nashua Mental Health 1 | 1.00 | 1.00 | 5.50 | 1.00 | 8.50 | 0.25 | 8.00 | 0.25 |
| 06 Greater Nashua Mental Health 2 | 1.00 | 1.00 | 5.50 | 1.00 | 8.50 | 0.25 | 8.00 | 0.25 |
| 07 Mental Health Center of Greater Manchester-CTT | 1.00 | 10.00 | 5.25 | 0.00 | 16.25 | 0.91 | 18.25 | 0.91 |
| 07 Mental Health Center of Greater Manchester-MCST | 1.00 | 9.00 | 7.25 | 1.00 | 18.25 | 0.91 | 17.25 | 0.91 |
| 08 Seacoast Mental Health Center | 1.00 | 0.00 | 4.00 | 1.00 | 9.00 | 0.60 | 9.10 | 0.60 |
| 09 Community Partners | 0.00 | 2.00 | 6.95 | 0.00 | 8.95 | 0.70 | 9.20 | 0.70 |

| | | | | | | 5 | | |
|---|---|---|---|---|---|---|---|---|
| 10 Center for Life Management | 1.00 | 1.00 | 4.30 | 1.00 | 7.30 | 0.40 | 8.30 | 0.40 |
| **Total** | **10.75** | **30.25** | **60.45** | **8.17** | **123.85** | **7.67** | **123.41** | **7.62** |

**2b. Community Mental Health Center Services:  Assertive Community Treatment Staffing Competencies**

| Community Mental Health Center | Substance Use Disorder Treatment | | Housing Assistance | | Supported Employment | |
|---|---|---|---|---|---|---|
| | September 2020 | June 2020 | September 2020 | June 2020 | September 2020 | June 2020 |
| 01 Northern Human Services - Wolfeboro | 1.00 | | 4.00 | | 0.00 | |
| 01 Northern Human Services - Berlin | 1.80 | 3.55 | 3.00 | 8.75 | 0.50 | 1.00 |
| 01 Northern Human Services - Littleton | 0.00 | | 3.00 | | 1.00 | |
| 02 West Central Behavioral Health | 0.20 | 0.20 | 2.10 | 4.10 | 0.60 | 0.60 |
| 03 Lakes Region Mental Health Center | 3.00 | 1.00 | 6.40 | 5.50 | 2.00 | 2.00 |
| 04 Riverbend Community Mental Health Center | 0.50 | 1.50 | 8.00 | 9.50 | 0.50 | 0.50 |
| 05 Monadnock Family Services | 1.40 | 1.40 | 4.00 | 2.00 | 1.00 | 1.00 |
| 06 Greater Nashua Mental Health 1 | 4.25 | 4.25 | 6.25 | 6.25 | 1.50 | 1.00 |
| 06 Greater Nashua Mental Health 2 | 5.25 | 5.25 | 7.00 | 7.00 | 0.00 | 0.00 |
| 07 Mental Health Center of Greater Manchester-CCT | 8.91 | 10.91 | 11.75 | 13.75 | 2.00 | 2.00 |
| 07 Mental Health Center of Greater Manchester-MCST | 5.91 | 5.91 | 13.75 | 12.75 | 2.00 | 2.00 |
| 08 Seacoast Mental Health Center | 2.00 | 2.00 | 4.00 | 5.00 | 1.00 | 2.00 |
| 09 Community Partners | 2.75 | 2.70 | 5.05 | 5.05 | 1.38 | 0.38 |
| 10 Center for Life Management | 2.00 | 3.00 | 6.00 | 7.00 | 0.30 | 0.30 |
| **Total** | **38.97** | **41.67** | **84.30** | **86.65** | **13.78** | **12.78** |

*Revisions to Prior Period:  None.*

*Data Source:  Bureau of Mental Health CMHC ACT Staffing Census Based on CMHC self-report.*

*Notes:  Data compiled 10/20/2020;  for 2b:  the Staff Competency values reflect the sum of FTEs trained to provide each service type. These numbers are not a reflection of the services delivered, but rather the quantity of staff available to provide each service. If staff are trained to provide multiple service types, their entire FTE value is credited to each service type.*

### 3a. Community Mental Health Center Services:  Annual Adult Supported Employment Penetration Rates for Prior 12-Month Period

| Community Mental Health Center | 12 Month Period Ending September 2020 | | | Penetration Rate for Period Ending June 2020 |
|---|---|---|---|---|
| | Supported Employment Clients | Total Eligible Clients | Penetration Rate | |
| 01 Northern Human Services | 155 | 1,317 | 11.8% | 12.0% |
| 02 West Central Behavioral Health | 143 | 561 | 25.5% | 24.3% |
| 03 Lakes Region Mental Health Center | 382 | 1,419 | 26.9% | 21.5% |
| 04 Riverbend Community Mental Health Center | 278 | 1,887 | 14.7% | 16.1% |
| 05 Monadnock Family Services | 46 | 1,112 | 4.1% | 4.8% |
| 06 Greater Nashua Mental Health | 275 | 2,085 | 13.2% | 13.4% |
| 07 Mental Health Center of Greater Manchester | 1,542 | 3,681 | 41.9% | 42.8% |
| 08 Seacoast Mental Health Center | 795 | 2,053 | 38.7% | 36.0% |
| 09 Community Partners | 115 | 841 | 13.7% | 11.2% |
| 10 Center for Life Management | 187 | 1,265 | 14.8% | 14.8% |
| **Total Unique Clients** | **3,911** | **15,970** | **24.5%** | **24.2%** |

*Revisions to Prior Period:  None.*

*Data Source:  NH Phoenix 2.*

*Notes:  Data extracted 10/27/2020*

### 3b. Community Mental Health Center Clients:  Adult Employment Status – Total

| Reported Employment Status  Begin Date: 7/01/2020 End Date: 9/30/2020  Employment Status Update Overdue Threshold: 105 days | Northern Human Services | West Central Behavioral Health | Lakes Region Mental Health Center | Riverbend Community Mental Health | Monadnock Family Services | Greater Nashua Mental Health | Mental Health Center of Greater Manchester | Seacoast Mental Health Center | Community Partners | Center for Life Management | Statewide Total or Mean Percentage | Previous Quarter Statewide Total or Mean Percentage April – June 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Updated Employment Status:** | | | | | | | | | | | | |
| Full time employed now or in past 90 days | 51 | 39 | 33 | 118 | 62 | 137 | 266 | 207 | 43 | 94 | **1,050** | 992 |
| Part time employed now or in past 90 days | 129 | 36 | 268 | 291 | 163 | 279 | 341 | 259 | 62 | 188 | **2,016** | 2,013 |
| Unemployed | 180 | 122 | 33 | 89 | 157 | 811 | 1036 | 129 | 197 | 558 | **3,312** | 3,067 |
| Not in the Workforce | 569 | 169 | 406 | 1010 | 487 | 319 | 601 | 880 | 227 | 132 | **4,800** | 4,739 |
| Status is not known | 6 | 27 | 312 | 40 | 3 | 103 | 20 | 3 | 14 | 59 | **587** | 515 |
| **Total of Eligible Adult CMHC Clients** | **935** | **393** | **1,052** | **1,548** | **872** | **1,649** | **2,264** | **1,478** | **543** | **1,031** | **11,765** | **11,326** |
| **Previous Quarter: Total of Eligible Adult CMHC Clients** | **925** | **397** | **1,009** | **1,537** | **833** | **1,451** | **2,215** | **1,464** | **528** | **967** | | |
| **Percentage by Updated Employment Status:** | | | | | | | | | | | | |
| Full time employed now or in past 90 days | 5.5% | 9.9% | 3.1% | 7.6% | 7.1% | 8.3% | 11.7% | 14.0% | 7.9% | 9.1% | 8.9% | **8.8%** |
| Part time employed now or in past 90 days | 13.8% | 9.2% | 25.5% | 18.8% | 18.7% | 16.9% | 15.1% | 17.5% | 11.4% | 18.2% | 17.1% | **17.8%** |
| Unemployed | 19.3% | 31.0% | 3.1% | 5.7% | 18.0% | 49.2% | 45.8% | 8.7% | 36.3% | 54.1% | 28.2% | **27.1%** |
| Not in the Workforce | 60.9% | 43.0% | 38.6% | 65.2% | 55.8% | 19.3% | 26.5% | 59.5% | 41.8% | 12.8% | 40.8% | **41.8%** |
| Status is not known | 0.6% | 6.9% | 29.7% | 2.6% | 0.3% | 6.2% | 0.9% | 0.2% | 2.6% | 5.7% | 5.0% | **4.5%** |
| **Percentage by Timeliness of Employment Status Screening:** | | | | | | | | | | | | |
| Update is Current | 67.8% | 36.1% | 45.1% | 84.8% | 65.7% | 96.2% | 89.5% | 96.2% | 63.4% | 99.9% | 81.1% | **76.8%** |
| Update is Overdue | 32.2% | 63.9% | 54.9% | 15.2% | 34.3% | 3.8% | 10.5% | 3.8% | 36.6% | 0.1% | 18.9% | **23.2%** |
| **Previous Quarter:  Percentage by Timeliness of Employment Status Screening:** | | | | | | | | | | | | |
| **Update is Current** | 61.6% | 41.1% | 3.9% | 89.4% | 64.2% | 96.8% | 91.5% | 94.3% | 45.6% | 99.7% | | |
| **Update is Overdue** | 38.4% | 58.9% | 96.1%* | 10.6% | 35.8% | 3.2% | 8.5% | 5.7% | 54.4% | 0.3% | | |

*Revisions to Prior Period:  None.*

*Data Source:  NH Phoenix 2.*

*Notes:  Data extracted 10/27/2020; *The high rate of overdue employment screening status reported by Lakes Region Mental Health Center for Previous Quarter (4/1/2020 – 6/20/2020) is due to an internal process/reporting change. This has been rectified in the current quarter report.*

### 3c. Community Mental Health Center Clients:  Adult Employment Status – Recent Users of Supportive Employment Services (At Least One Billable Service in Each of Month of the Quarter)

| Supported Employment Cohort<br><br>Reported Employment Status<br><br>Begin Date: 7/01/2020 End Date: 9/30/2020 | Northern Human Services | West Central Behavioral Health | Lakes Region Mental Health Center | Riverbend Community Mental Health | Monadnock Family Services | Greater Nashua Mental Health | Mental Health Center of Greater Manchester | Seacoast Mental Health Center | Community Partners | Center for Life Management | Statewide Total or Mean Percentage | Previous Quarter Statewide Total or Mean Percentage April – June 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Updated Employment Status:** | | | | | | | | | | | | |
| Full time employed now or in past 90 days | 1 | 1 | 1 | 4 | 0 | 8 | 13 | 1 | 2 | 3 | **34** | 29 |
| Part time employed now or in past 90 days | 9 | 2 | 19 | 25 | 13 | 22 | 42 | 16 | 7 | 20 | **175** | 173 |
| Unemployed | 6 | 5 | 3 | 20 | 3 | 27 | 28 | 13 | 6 | 23 | **134** | 132 |
| Not in the Workforce | 13 | 1 | 5 | 9 | 5 | 13 | 8 | 24 | 4 | 4 | **86** | 77 |
| Status is not | 0 | 0 | 11 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | **12** | 11 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| known | | | | | | | | | | | | |
| **Total of Supported Employment Cohort** | **29** | **9** | **39** | **58** | **21** | **71** | **91** | **54** | **19** | **50** | **441** | **422** |
| Previous Quarter: Total of Supported Employment Cohort | **22** | **18** | **33** | **56** | **11** | **70** | **79** | **69** | **16** | **48** | | |
| **Percentage by Updated Employment Status:** | | | | | | | | | | | | |
| Full time employed now or in past 90 days | 3.4% | 11.1% | 2.6% | 6.9% | 0.0% | 11.3% | 14.3% | 1.9% | 10.5% | 6.0% | 7.7% | 6.9% |
| Part time employed now or in past 90 days | 31.0% | 22.2% | 48.7% | 43.1% | 61.9% | 31.0% | 46.2% | 29.6% | 36.8% | 40.0% | 39.7% | 41.0% |
| Unemployed | 20.7% | 55.6% | 7.7% | 34.5% | 14.3% | 38.0% | 30.8% | 24.1% | 31.6% | 46.0% | 30.4% | 31.3% |
| Not in the Workforce | 44.8% | 11.1% | 12.8% | 15.5% | 23.8% | 18.3% | 8.8% | 44.4% | 21.1% | 8.0% | 19.5% | 18.2% |
| Status is not known | 0.0% | 0.0% | 28.2% | 0.0% | 0.0% | 1.4% | 0.0% | 0.0% | 0.0% | 0.0% | 2.7% | 2.6% |

*Revisions to Prior Period: None.*

*Data Source: Phoenix 2.*

*Note 3b-c: Data extracted 10/27/2020. Updated Employment Status refers to CMHC-reported status and reflects the most recent update. Update is Current refers to employment status most recently updated within the past 105 days. Update is Overdue refers to employment status most recently updated in excess of 105 days. Actual client employment status may have changed since last updated by CMHC in Phoenix. Employed refers to clients employed in a competitive job that has these characteristics: exists in the open labor market, pays at least a minimum wage, anyone could have this job regardless of disability status, job is not set aside for people with disabilities, and wages (including benefits) are not less than for the same work performed by people who do not have a mental illness. Full time employment is 20 hours and above; part time is anything 19 hours and below. Unemployed refers to clients not employed but are seeking or interested in employment. Not in the Workforce are clients who are homemakers, students, retired, disabled, hospital patients or residents of other institutions, and includes clients who are in a sheltered/non-competitive employment workshop, are otherwise not in the labor force, and those not employed and not seeking or interested in employment. Unknown refers to clients with*

*an employment status of "unknown," without a status reported, or with an erroneous status code in Phoenix.*

### 3d. Community Mental Health Center Services:  Supported Employment Waiting List

| As of 9/30/2020 | | | | | | |
|---|---|---|---|---|---|---|
| **Time on List** | | | | | | |
| **Total** | **0-30 days** | **31-60 days** | **61-90 days** | **91-120 days** | **121-150 days** | **151-180+ days** |
| **38** | 15 | 9 | 3 | 8 | 2 | 1 |
| As of 6/30/2020 | | | | | | |
| **Time on List** | | | | | | |
| **Total** | **0-30 days** | **31-60 days** | **61-90 days** | **91-120 days** | **121-150 days** | **151-180 days** |
| **42** | 20 | 7 | 2 | 3 | 5 | 5 |

*Data Source:  BMHS Report.*

*Notes:  Data compiled 10/31/2020.  Total days waiting are calculated for all individuals waiting when data collection began on January 1, 2020. Individuals waiting are at:  LRMHC (29), MFS (3) and CP (6). LRMHC discovered an administrative error in October 2020 that revealed referrals for 6 of the 29 cases had not been submitted to the SE team by 9/30/20; the remaining 23 cases were no longer waiting to receive SE services by October 31, 2020.  Five of the 6 individuals waiting at CP were no longer waiting to receive SE services by October 31, 2020; 1 individual has not engaged in services and case closure is anticipated. All 3 of the individuals waiting at MFS were no longer waiting to receive SE services by October 31, 2020.*

**4a. New Hampshire Hospital:  Adult Census Summary**

| Measure | July – September 2020 | April – June 2020 |
|---|---|---|
| Admissions | 244 | 320 |
| Mean Daily Census | 180 | 172 |
| Discharges | 244 | 304 |
| Median Length of Stay in Days for Discharges | 21 | 13 |
| Deaths | 0 | 0 |

*Revisions to Prior Period:  None.*

*Data Source:  Avatar.*

*Notes 4a:  10/29/2020; Mean Daily Census includes patients on leave and is rounded to nearest whole number.*

**4b. New Hampshire Hospital:  Summary Discharge Location for Adults**

| Discharge Location | July - September 2020 | April - June 2020 |
|---|---|---|
| CMHC Group Home | 5 | 5 |
| Discharge/Transfer to IP Rehab Facility | 14 | 5 |
| Glencliff Home for the Elderly | 0 | 0 |
| Home - Lives Alone | 64 | 117 |
| Home - Lives with Others | 103 | 128 |
| Homeless Shelter/ No Permanent Home | 3 | 1 |
| Hotel-Motel | 4 | 6 |
| Jail or Correctional Facility | 8 | 7 |
| Nursing Home | 2 | 5 |
| Other | 13 | 5 |
| Peer Support Housing | 0 | 1 |
| Private Group Home | 1 | 3 |
| Secure Psychiatric Unit - SPU | 1 | 0 |
| Unknown | 26 | 21 |

**4c. New Hampshire Hospital:  Summary Readmission Rates for Adults**

| Measure | July – September 2020 | April – June 2020 |
|---|---|---|
| 30 Days | 6.1% (15) | 9.7% (31) |
| 90 Days | 12.7% (31) | 14.7% (47) |
| 180 Days | 16.4% (40) | 20.0% (64) |

*Revisions to Prior Period:  None.*

*Data Source:  Avatar.*

*Notes 4b-c:  Data compiled 10/29/2020; readmission rates calculated by looking back in time from admissions in study quarter.  90 and 180 day readmissions lookback period*

*includes readmissions from the shorter period (e.g., 180 day includes the 90 and 30 day readmissions); patients are counted multiple times – once for each readmission; the number in parentheses is the number of readmissions.*

## 5a. Designated Receiving Facilities:  Admissions for Adults

| Designated Receiving Facility | July – September 2020 | | |
|---|---|---|---|
| | Involuntary Admissions | Voluntary Admissions | Total Admissions |
| Franklin | 56 | 60 | 116 |
| Cypress Center | 62 | 97 | 159 |
| Portsmouth | 72 | 276 | 348 |
| Elliot Geriatric Psychiatric Unit | 11 | 40 | 51 |
| Elliot Pathways | 52 | 69 | 121 |
| Parkland Regional Hospital | 54 | 0 | 54 |
| **Total** | **307** | **542** | **849** |
| Designated Receiving Facility | April – June 2020 | | |
| | Involuntary Admissions | Voluntary Admissions | Total Admissions |
| Franklin | 47 | 58 | 105 |
| Cypress Center | 31 | 98 | 129 |
| Portsmouth | 77 | 221 | 298 |
| Elliot Geriatric Psychiatric Unit | 5 | 31 | 36 |
| Elliot Pathways | 57 | 62 | 119 |
| Parkland Regional Hospital | NA | NA | NA |
| **Total** | **217** | **470** | **687** |

## 5b. Designated Receiving Facilities:  Mean Daily Census for Adults

| Designated Receiving Facility | July – September 2020 | April – June 2020 |
|---|---|---|
| Franklin | 9.7 | 8.5* |

| | | |
|---|---|---|
| Cypress Center | 13.4 | 11.1 |
| Portsmouth | 27.7 | 24.8* |
| Elliot Geriatric Psychiatric Unit | 14.1 | 11.9* |
| Elliot Pathways | 13.0 | 11.9* |
| Parkland Regional Hospital | 3.4 | NA |
| **Total** | **81.3** | **70.9*** |

*Revisions to Prior Period:  * indicates corrected counts.*

**5c. Designated Receiving Facilities:  Discharges for Adults**

| Designated Receiving Facility | July – September 2020 | April – June 2020 |
|---|---:|---:|
| Franklin | 117 | 101 |
| Manchester (Cypress Center) | 164 | 131 |
| Portsmouth | 324 | 294 |
| Elliot Geriatric Psychiatric Unit | 41 | 51 |
| Elliot Pathways | 121 | 117 |
| Parkland Regional Hospital | 48 | NA |
| **Total** | **815** | **694** |

**5d. Designated Receiving Facilities:  Median Length of Stay in Days for Discharges for Adults**

| Designated Receiving Facility | July – September 2020 | April – June 2020 |
|---|---:|---:|
| Franklin | 6 | 6 |
| Manchester (Cypress Center) | 7 | 6 |
| Portsmouth | 6 | 6 |
| Elliot Geriatric Psychiatric Unit | 18 | 27 |
| Elliot Pathways | 8 | 8 |
| Parkland Regional Hospital | 5 | NA |
| **Total** | **7** | **7** |

## 5e. Designated Receiving Facilities: Discharge Location for Adults

| Designated Receiving Facility | July – September 2020 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Assisted Living / Group Home | Deceased | DRF* | Home** | Other Hospital | NH Hospital | Other |
| Franklin | 1 | 0 | 0 | 109 | 0 | 0 | 7 |
| Manchester (Cypress Center) | 0 | 0 | 6 | 151 | 0 | 0 | 7 |
| Portsmouth Regional Hospital | 0 | 0 | 0 | 261 | 0 | 8 | 55 |
| Elliot Geriatric Psychiatric Unit | 11 | 0 | 4 | 11 | 0 | 0 | 15 |
| Elliot Pathways | 2 | 0 | 1 | 105 | 0 | 1 | 12 |
| Parkland Regional Hospital | 0 | 0 | 0 | 44 | 0 | 3 | 1 |
| **Total** | **14** | **0** | **11** | **681** | **0** | **12** | **97** |
| Designated Receiving Facility | April - June 2020 | | | | | | |
| | Assisted Living / Group Home | Deceased | DRF* | Home | Other Hospital | NH Hospital | Other |
| Franklin | 0 | 0 | 1 | 89 | 0 | 5 | 6 |
| Manchester (Cypress Center) | 0 | 0 | 4 | 113 | 0 | 0 | 14 |
| Portsmouth Regional Hospital | 0 | 0 | 2 | 172 | 0 | 2 | 118 |
| Elliot Geriatric Psychiatric Unit | 12 | 0 | 0 | 11 | 0 | 0 | 28 |
| Elliot Pathways | 0 | 0 | 0 | 92 | 0 | 3 | 22 |
| Parkland Regional Hospital | NA | NA | NA | NA | NA | NA | NA |
| **Total** | **12** | **0** | **7** | **477** | **0** | **10** | **188** |

*Dispositions to 'DRF' represent a change in legal status from Voluntary to Involuntary within the DRF. **Home includes individuals living with family, living alone, and living with others (non-family).

## 5f. Designated Receiving Facilities:  Readmission Rates for Adults

| Designated Receiving Facility | July – September 2020 | | |
|---|---|---|---|
| | **30 Days** | **90 Days** | **180 Days** |
| Franklin | 2.5% (3) | 5.0% (6) | 5.9% (7) |
| Manchester (Cypress Center) | 3.1% (5) | 6.3% (10) | 7.5% (12) |
| Portsmouth | 14.1% (49) | 21.8% (76) | 24.7% (86) |
| Elliot Geriatric Psychiatric Unit | 2.0% (1) | 7.8% (4) | 7.8% (4) |
| Elliot Pathways | 6.6% (8) | 8.3% (10) | 9.1% (11) |
| Parkland Regional Hospital | 1.9% (1) | 1.9% (1) | 1.9% (1) |
| **Total** | **7.9% (67)** | **12.5% (107)** | **14.2% (121)** |
| Designated Receiving Facility | April – June 2020 | | |
| | **30 Days** | **90 Days** | **180 Days** |
| Franklin | 3.8% (4) | 4.7% (5) | 4.7% (5) |
| Manchester (Cypress Center) | 5.2% (7) | 11.9% (16) | 18.7% (25) |
| Portsmouth | 7.3% (23) | 15.0% (47) | 23.6% (74) |
| Elliot Geriatric Psychiatric Unit | 9.8% (4) | 9.8% (4) | 9.8% (4) |
| Elliot Pathways | 3.3% (4) | 3.3% (4) | 4.2% (5) |
| Parkland Regional Hospital | NA | NA | NA |
| **Total** | **5.9% (42)** | **10.6% (76)** | **15.8% (113)** |

*Revisions to Prior Period:  None.*

*Data Source:  NH DRF Database.*

*Notes:  Data compiled 11/13/2020.*

## 6. Glencliff Home:  Census Summary

| Measure | July – September 2020 | April – June 2020 |
|---|---|---|
| Admissions | 3 | 8 |
| Average Daily Census | 117 | 115 |
| Discharges | 2  (One resident discharged to a  3 bed Medical Model Group Home and one resident discharged back to the DOC/Concord Prison) | 2  (One resident discharged to a  3 bed Medical Model Group Home and one resident discharged to another nursing facility) |
| Individual Lengths of Stay in Days for Discharges | (1,139 and 870) | (756 and 1,057) |
| Deaths | 1 | 6 |
| Readmissions | 0 | 0 |
| Mean Overall Admission Waitlist | 27 | 22 |

*Revisions to Prior Period:  None.*

*Data Source:  Glencliff Home.*

*Notes:  Data Compiled 11/2/2020; Mean rounded to nearest whole number; Active waitlist patients have been reviewed for admission and are awaiting admission pending finalization of paperwork and other steps immediate to admission.*

### 7. NH Mental Health Client Peer Support Agencies:  Census Summary

| Peer Support Agency | July – September 2020 | | April – June 2020 | |
|---|---|---|---|---|
| | Total Members | Average Daily Visits | Total Members | Average Daily Visits |
| **Alternative Life Center Total** | **605** | **36** | **276** | **30** |
| *Conway* | 271 | 9 | 54 | 7 |
| *Berlin* | 132 | 7 | 125 | 6 |
| *Littleton* | 86 | 8 | 51 | 7 |
| *Colebrook* | 116 | 12 | 46 | 10 |
| **Stepping Stone Total** | **363** | **11** | **371** | **5** |
| *Claremont* | 246 | 9 | 255 | 5 |
| *Lebanon* | 117 | 2 | 116 | 0 |
| **Cornerbridge Total** | **136** | **10** | **166** | **7** |
| *Laconia* | 49 | 5 | 44 | 4 |
| *Concord* | 72 | 3 | 102 | 3 |
| *Plymouth Outreach* | 15 | *2* | 20 | 0 |
| **MAPSA Keene Total** | **303** | **16** | **85** | **27** |
| **HEARTS Nashua Total** | *372* | *41* | **418** | **53** |
| **On the Road to Recovery Total** | **137** | **10** | | |

| Peer Support Agency | July – September 2020 | | April – June 2020 | |
|---|---|---|---|---|
| | Total Members | Average Daily Visits | Total Members | Average Daily Visits |
| | | | **169** | **10** |
| *Manchester* | *75* | *4* | 96 | 4 |
| *Derry* | 62 | 6 | 73 | 6 |
| **Connections Portsmouth Total** | **98** | **5** | **100** | **6** |
| **TriCity Coop Rochester Total** | **246** | **9** | **265** | **0** |
| **Total** | **2260** | **128** | **1,850** | **128** |

*Revisions to Prior Period:  None.*

*Data Source:  Bureau of Mental Health Services and Peer Support Agency Quarterly Statistical Reports.*

*Notes:  Data Compiled 08/05/2020. Average Daily Visits are not applicable for Outreach Programs.*

**8. Housing Bridge Subsidy Program:  Summary of Individuals Served to Date**

| Subsidy | July – September 2020 | | |
|---|---|---|---|
| | Total individuals served at start of quarter | New individuals added during quarter | Total individuals served through end of quarter |
| Housing Bridge Subsidy | 944 | 35 | 979 |
| Section 8 Voucher (NHHFA/BMHS) - Transitioned from Housing Bridge | 192 | 6 | 198 |
| Subsidy | April – June 2020 | | |
| | Total individuals served at start of quarter | New individuals added during quarter | Total individuals served through end of quarter |
| Housing Bridge Subsidy | 922 | 22 | 944 |
| Section 8 Voucher (NHHFA/BMHS) - Transitioned from Housing Bridge | 179 | 13 | 192 |

*Revisions to Prior Period: None.*

*Data Source:  Bureau of Mental Health Services and Housing Bridge Provider.*

*Notes:  Data Compiled 09/30/2020. Figures at start and end of each quarter are a cumulative total of individuals served since CMHA quarterly reporting began in 2015. Figures for new individuals reflect activity throughout the quarter; these are not a point-in-time count at the end of the reporting period.  New individuals added includes individuals newly approved for HBSP funding that have or have not yet secured an HBSP unit, some of whom may have also exited the program in the quarter.  These individuals have been on the HBSP waitlist prior to funding approved in the quarter or have newly applied for and been approved for funding in the same quarter.*

**8a. Housing Bridge Subsidy Program:  Current Census of Units/Individuals with Active Funding Status**

| Measure | As of 9/30/2020 | As of 6/30/2020 |
|---|---|---|
| Rents Currently Being Paid | 312 | 328 |
| Individuals Enrolled and Seeking Unit for Bridge Lease | 96 | 79 |
| **Total** | **408** | **407** |

*Revisions to Prior Period: None.*

*Data Source:  Bureau of Mental Health Services and Housing Bridge Provider.*

*Notes:  Data Compiled 09/30/2020. All individuals currently on the HBSP are intended to transition from the program to other permanent housing. Individuals seeking a unit include people who have not secured their first unit under HBSP and people who secured a unit previously and are seeking a different unit.*

**8b. Housing Bridge Subsidy Program:  Clients Linked to Mental Health Care Provider Services**

| Measure | As of 9/30/2020 | As of 6/30/2020 |
|---|---|---|
| Housing Bridge Clients Linked | 335/409 (82%) | 329/406 (81%) |

*Revisions to Prior Period: None.*

*Data source: Bureau of Mental Health Services data, Phoenix 2, and Medicaid claims.*

*Notes: Data compiled 11/10/2020; "Housing Bridge Clients Linked" refers to Housing Bridge clients who received one or more mental health services within the previous 3 months, documented as a service or claim data found in Phoenix or the Medicaid Management Information System.*

**8c. Housing Bridge Subsidy Program:  Density of HBSP Funded Units at Same Property Address***

| Number of HBSP Funded Unit(s)* at Same Address | Frequency as of 9/30/2020 | Frequency as of 6/30/2020 |
|---|---:|---:|
| 1 | 255 | 267 |
| 2 | 20 | 15 |
| 3 | 2 | 6 |
| 4 | 0 | 0 |
| 5 | 1 | 0 |
| 6 | 0 | 1 |
| 7 | 1 | 1 |
| 8 or more | 0 | 0 |

*Revisions to Prior Period:  None.*

*Data Source:  Bureau of Mental Health Services and Housing Provider Data.*

*Notes:  Data Compiled 09/30/2020.* *All units are individual units; property address may include multiple buildings, such as apartment complexes.

**8d. Housing Bridge Subsidy Program:  Applications**

| Measure | July – September 2020* | April - June 2020 |
|---|---|---|
| Applications Received During Period | 57 | 30 |
| *Point of Contact for Applications Received* | CMHCs 50; NHH 6; NFI 1 | CHMCs 29; NHH 1; NFI 1 |
| Applications Approved | 57** | 27 |
| Applications Denied | 0 | 0 |
| *Denial Reasons* | NA | NA |
| Applications in Process at End of Period | 0 | 41 |

*Revisions to Prior Period:  None.*

*Data Source:  Bureau of Mental Health Services.*

*Notes:  Data Compiled 09/30/2020. *Data reflects only those applications that were received during the quarter and no longer reflect carryover data from applications received in prior quarters  **Includes 15 awarded an HBSP subsidy in the same quarter the application was received, 3 of which also exited the program in the same quarter, and 42 added that remained on the waitlist as of the quarter's close.*

**8e. Housing Bridge Subsidy Program:  Terminations**

| Type and Reason | July – September 2020 | April - June 2020 |
|---|---|---|
| Terminations – DHHS Initiated | 2 | 0 |
| *He-M 406.08 (a)(5): Failure to pay rent for 3 or more consecutive months* | 2 | 0 |
| Exited Program – Client Related Activity | 45 | 27 |
| *Voucher Received* | 24 | 16 |
| *Deceased* | 1 | 2 |
| *Over Income* | 1 | 1 |
| *Moved Out of State* | 3 | 2 |

| | | |
|---|---|---|
| *Declined Subsidy at Recertification\** | 10 | 2 |
| *Higher Level of Care Accessed\*\** | 4 | 2 |
| *Other Subsidy Provided* | 2 | 1 |
| *Moved in with family* | 0 | 1 |
| **Total** | **47** | **27** |

*Revisions to Prior Period:  None.*

*Data Source: Bureau of Mental Health Services and Housing Bridge Provider.*

*Notes:  Data Compiled 09/30/2020. This table only includes individuals who were receiving an HBSP subsidy or who had HBSP funding approved and were seeking a unit prior to exiting the program. \*Includes all refusals, including refusal to initiate voucher and unable to contact. \*\*Includes one individual at the Secure Psychiatric Unit (SPU).*

## 8f. Housing Bridge Subsidy Program:  Application Processing Times

| Average Elapsed Time of Application Processing (calendar days)\* | July – September 2020 | April - June 2020 |
|---|---|---|
| Completed Application to Determination | 1 | 1 |
| Approved Determination to Funding Availability\*\* | 75 | 80 |
| Referred to Vendor with Funded HB Slot | 1 | 1 |
| Leased Unit Secured\*\*\* | 95 | 80 |

*Revisions to Prior Period:  None.*

*Data Source:  Bureau of Mental Health Services.*

*Notes:  Data Compiled 09/30/2020.*

*\*Elapsed time measure reporting implemented 10/01/18 and applies to any application received on or after that date.*

*\*\*Average calculated on 35 applications approved for which funding was made available in the quarter; 15 of these applications were received and approved for funding in the same quarter. \*\*\*Average calculated on 14 units leased during the quarter.*

## 9. Housing Bridge Subsidy Program Waitlist:  Approved Applications

| As of 9/30/2020* | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Time on List** | | | | | | | |
| **Total** | **0-30 days** | **31-60 days** | **61-90 days** | **91-120 days** | **121-150 days** | **151-180 days** | **181+ days** |
| **85** | 12 | 17 | 12 | 7 | 10 | 3 | 24 |
| **As of 6/30/2020** | | | | | | | |
| **Time on List** | | | | | | | |
| **Total** | **0-30 days** | **31-60 days** | **61-90 days** | **91-120 days** | **121-150 days** | **151-180 days** | **181+ days** |
| **39** | 6 | 9 | 4 | 5 | 6 | 6 | 3 |

*Revisions to Prior Period: None.*

*Data Source: Bureau of Mental Health Services and Housing Bridge Provider.*

*Notes: Data Compiled 09/30/2020. *Includes some individuals formerly on inactive status returned to waiting status. Additionally, there are four individuals in a higher level of care who were not yet appropriate for discharge as of 9/30/2020 but for whom an HBSP subsidy has been approved, pending discharge. They are in inactive status and are not included in the waitlist count.*

## 10. Supported Housing Subsidy Summary

| | July – September 2020 | April - June 2020 |
|---|---|---|
| | **Total subsidies by end of quarter** | **Total subsidies by end of quarter** |
| **Subsidy** | | |

| | | | |
|---|---|---|---|
| Housing Bridge Subsidy: | Units Currently Active | 312 | 328 |
| | Individuals Enrolled and Seeking Unit for Bridge Lease | 96 | 79 |
| Section 8 Voucher (NHHFA): | Transitioned from Housing Bridge* | 198 | 192 |
| | Not Previously Receiving Housing Bridge | 3 | 3 |
| 811 Units: | PRA | 89 | 81 |
| | Mainstream | 62 | 44 |
| Other Permanent Housing Vouchers (HUD, Public Housing, VA) | | 7 | 6 |
| **Total Supported Housing Subsidies** | | **767** | **733** |

*Revisions to Prior Period:*

*Data Source:  Bureau of Mental Health Services and Housing Bridge Provider.*

*Notes: Data Compiled 09/30/2020. Section 8 Voucher Not Previously Receiving Housing Bridge are CMHC clients that received a Section 8 Voucher without previously receiving a Housing Bridge subsidy. 811 Units (PRA and Mainstream) are CMHC clients or CMHA Target Population members that received a PRA or Mainstream 811 funded unit with or without previously receiving a Housing Bridge subsidy. Other Permanent Housing Vouchers (HUD, Public Housing, VA) are CMHC clients that received a unit funded through other HUD or Public Housing sources with or without previously receiving a Housing Bridge subsidy.*

*\*These counts are cumulative; increasing over time since originally reporting this data within the CMHA Quarterly Data Report. 75 of these units are verified currently occupied units by former program participants; after 6 months of occupancy under the Section 8 Voucher, BMHS routine verification of occupancy discontinues.*

***Balance of page intentionally left blank.***

**11a. Mobile Crisis Services and Supports for Adults:  Riverbend Community Mental Health Center**

| Measure | July 2020 | August 2020 | September 2020 | July – Sept. 2020 | April – June 2020 |
|---|---|---|---|---|---|
| **Unique People Served in Month** | 210 | 197 | 230 | 557 | 530 |
| | | | | | |
| **Services Provided by Type** | | | | | |
| Case Management* | 0 | 0 | 0 | 0 | 0 |
| Crisis Apartment Service* | 0 | 0 | 0 | 0 | 0 |
| Crisis Intervention Services | 5 | 5 | 4 | 14 | 1 |
| ED Based Assessment* | 0 | 0 | 0 | 0 | 0 |
| Medication Appointments or Emergency Medication Appointments* | 0 | 0 | 0 | 0 | 0 |
| Mobile Community Assessments | 80 | 43 | 55 | 178 | 211 |
| Office-Based Urgent Assessments | 15 | 10 | 20 | 45 | 28 |
| Other* | 0 | 0 | 0 | 0 | 0 |
| Peer Support* | 0 | 0 | 0 | 0 | 0 |
| Phone Support/Triage | 454 | 425 | 415 | 1,294 | 1,343 |
| Psychotherapy* | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| **Referral Source** | | | | | |
| CMHC Internal | 14 | 17 | 23 | 54 | 34 |
| Emergency Department | 1 | 9 | 16 | 26 | 9 |

| | | | | | |
|---|---|---|---|---|---|
| Family | 20 | 31 | 25 | 76 | 70 |
| Friend | 7 | 4 | 6 | 17 | 12 |
| Guardian | 22 | 16 | 19 | 57 | 58 |
| MCT Hospitalization* | 0 | 0 | 0 | 0 | 0 |
| Mental Health Provider | 6 | 7 | 6 | 19 | 23 |
| Other | 4 | 10 | 17 | 31 | 7 |
| Police | 12 | 6 | 5 | 23 | 36 |
| Primary Care Provider | 5 | 5 | 7 | 17 | 14 |
| Self | 118 | 209 | 168 | 495 | 345 |
| School | 1 | 1 | 9 | 11 | 2 |
| | | | | | |
| **Crisis Apartment** | | | | | |
| Apartment Admissions | 15 | 10 | 20 | 45 | 39 |
| Apartment Bed Days | 40 | 36 | 69 | 145 | 125 |
| Apartment Average Length of Stay | 2.5 | 3.6 | 3.5 | 3.2 | 3.3 |
| | | | | | |
| **Law Enforcement Involvement** | 24 | 6 | 19 | 49 | 76 |
| | | | | | |
| **Hospital Diversions Total** | 188 | 160 | 175 | 523 | 529 |

*Revisions to Prior Period:  None.*

*Data Source:  Riverbend CMHC submitted report.*

*Notes:  Data Compiled 10/27/2020. Reported values other than the Unique People Served in Month value are not de-duplicated at the individual level; individuals can account for multiple instances of service use, hospital diversions, etc.  *A data reporting issue resulting in no*

*services being captured for reporting purposes in some categories is being addressed with Riverbend.*

**11b. Mobile Crisis Services and Supports for Adults:  Mental Health Center of Greater Manchester**

| Measure | July 2020 | August 2020 | September 2020 | July – Sept. 2020 | April – June 2020 |
|---|---|---|---|---|---|
| **Unique People Served in Month** | 308 | 303 | 305 | 723 | 669 |
| | | | | | |
| **Services Provided by Type** | | | | | |
| Case Management | 27 | 22 | 50 | 99 | 118 |
| Crisis Apartment Service | 0 | 0 | 0 | 0 | 0 |
| Crisis Intervention Service | 198 | 181 | 262 | 641 | 646 |
| ED Based Assessment | 0 | 0 | 0 | 0 | 0 |
| Medication Appointments or Emergency Medication Appointments | 8 | 5 | 4 | 17 | 14 |
| Mobile Community Assessments | 107 | 92 | 97 | 296 | 294 |
| Office-Based Urgent Assessments | 3 | 10 | 7 | 20 | 23 |
| Other | 254 | 264 | 249 | 767 | 754 |
| Peer Support | 16 | 6 | 17 | 39 | 36 |
| Phone Support/Triage | 619 | 520 | 560 | 1,699 | 1,552 |
| Psychotherapy | 2 | 1 | 3 | 6 | 11 |
| | | | | | |
| **Referral Source** | | | | | |
| CMHC Internal | 9 | 3 | 3 | 15 | 14 |
| Emergency Department | 1 | 0 | 1 | 2 | 2 |

| Family | 68 | 43 | 52 | 163 | 171 |
|---|---|---|---|---|---|
| Friend | 3 | 3 | 6 | 12 | 25 |
| Guardian | 3 | 17 | 10 | 30 | 33 |
| MCT Hospitalization | 4 | 9 | 5 | 18 | 22* |
| Mental Health Provider | 16 | 13 | 16 | 45 | 18 |
| Other | 15 | 22 | 19 | 56 | 55 |
| Police | 92 | 106 | 90 | 288 | 249 |
| Primary Care Provider | 11 | 9 | 9 | 29 | 21 |
| Self | 151 | 149 | 145 | 445 | 462 |
| School | 0 | 0 | 0 | 0 | 2* |
|  |  |  |  |  |  |
| **Crisis Apartment** |  |  |  |  |  |
| Apartment Admissions | 0 | 0 | 0 | 0 | 0 |
| Apartment Bed Days | 0 | 0 | 0 | 0 | 0 |
| Apartment Average Length of Stay | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
|  |  |  |  |  |  |
| **Law Enforcement Involvement** | 92 | 106 | 90 | 288 | 249 |
|  |  |  |  |  |  |
| **Hospital Diversion Total** | 373 | 351 | 351 | 1,075 | 1,055 |

*Revisions to Prior Period: *Indicate corrected counts.*

*Data Source:  Phoenix 2.*

*Notes:  Data Compiled 10/27/2020. Reported values other than the Unduplicated People Served in Month value are not de-duplicated at the individual level; individuals can account for multiple instances of service use, hospital diversions, etc.*

**11c. Mobile Crisis Services and Supports for Adults:  Harbor Care**

| Measure | July 2020 | August 2020 | September 2020 | July – Sept. 2020 | April – June 2020 |
|---|---|---|---|---|---|
| **Unique People Served in Month** | 79 | 90 | 57 | 208 | 245 |
| | | | | | |
| **Services Provided by Type** | | | | | |
| Case Management | 11 | 20 | 10 | 41 | 59 |
| Crisis Apartment Service | 75 | 47 | 76 | 198 | 168 |
| Crisis Intervention Services | 0 | 0 | 0 | 0 | 0 |
| ED Based Assessment | 4 | 5 | 3 | 12 | 13 |
| Medication Appointments or Emergency Medication Appointments | 0 | 0 | 0 | 0 | 0 |
| Mobile Community Assessments | 27 | 29 | 18 | 74 | 183 |
| Office-Based Urgent Assessments | 9 | 27 | 21 | 57 | 29 |
| Other | 0 | 0 | 0 | 0 | 0 |
| Peer Support | 47 | 26 | 37 | 110 | 227 |
| Phone Support/Triage | 79 | 79 | 40 | 198 | 326 |
| Psychotherapy | 2 | 0 | 2 | 4 | 1 |
| | | | | | |
| **Referral Source** | | | | | |
| CMHC Internal | 6 | 10 | 3 | 19 | 13 |
| Emergency Department | 1 | 6 | 4 | 11 | 1 |
| Family | 13 | 15 | 7 | 35 | 32 |

| | | | | | |
|---|---|---|---|---|---|
| Friend | 4 | 2 | 2 | 8 | 3 |
| Guardian | 0 | 0 | 0 | 0 | 0 |
| MCT Hospitalization | 0 | 0 | 0 | 0 | 0 |
| Mental Health Provider | 7 | 7 | 2 | 16 | 27 |
| Other | 5 | 16 | 7 | 28 | 217 |
| Police | 7 | 1 | 0 | 8 | 1 |
| Primary Care Provider | 0 | 1 | 2 | 3 | 1 |
| Self | 58 | 68 | 41 | 167 | 80 |
| Schools | 0 | 0 | 1 | 1 | 1 |
| | | | | | |
| **Crisis Apartment** | | | | | |
| Apartment Admissions | 12 | 9 | 12 | 33 | 30 |
| Apartment Bed Days | 63 | 39 | 70 | 172 | 142 |
| Apartment Average Length of Stay | 5.3 | 4.3 | 5.8 | 5.1 | 4.8 |
| | | | | | |
| **Law Enforcement Involvement** | 0 | 0 | 1 | 1 | 1 |
| | | | | | |
| **Hospital Diversion Total** | 114 | 126 | 76 | 316 | 511 |

*Revisions to Prior Period: None.*

*Data Source:  Harbor Homes submitted data.*

*Notes:  Data Compiled 10/27/2020. Reported values other than the Unique People Served in Month value are not de-duplicated at the individual level; individuals can account for multiple instances of service use, hospital diversions, etc.*

# Appendix B

# QSR Summary Scores: 2020

CMHC QSR Indicator Results:  State Fiscal Year 2020

| Indicator # | Indicator | Region 1 NHS | Region 2 WCBH | Region 3 LRMHC | Region 4 RMHC | Region 5 MFS | Region 6 GNMHC | Region 7 MHCGH | Region 8 SMHC | Region 9 CP | Region 10 CLM | STATE AVERAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Adequacy of Assessment | 90% | 89% | 97% | 96% | 93% | 85% | 92% | 94% | 92% | 96% | 92% |
| 2 | Appropriateness of treatment planning | 85% | 93% | 85% | 96% | 88% | 89% | 94% | 100% | 88% | 96% | 92% |
| 3 | Adequacy of individual service delivery | 82% | 86% | 83% | 95% | 86% | 90% | 94% | 90% | 93% | 96% | 89% |
| 4 | Adequacy of Housing Assessment | 100% | 100% | 100% | 95% | 100% | 95% | 100% | 100% | 95% | 100% | 99% |
| 5 | Appropriate of Housing Treatment Plan | 95% | 90% | 86% | 95% | 100% | 86% | 100% | 90% | 86% | 68% | 90% |
| 6 | Adequacy of individual housing service delivery | 88% | 85% | 86% | 100% | 95% | 90% | 91% | 86% | 92% | 95% | 91% |
| 7 | Effectiveness of Housing supports provided | 82% | 92% | 87% | 89% | 90% | 90% | 86% | 90% | 86% | 95% | 89% |
| 8 | Adequacy of employment assessment/screening | 70% | 68% | 55% | 71% | 68% | 64% | 78% | 81% | 64% | 68% | 69% |
| 9 | *Appropriateness of employment treatment planning | 88% | 82% | 63% | 100% | 82% | 64% | 90% | 67% | 100% | 100% | 83% |
| 10 | *Adequacy of individual employment service delivery | 69% | 63% | 59% | 95% | 90% | 90% | 63% | 82% | 91% | 78% | 78% |
| 11 | Adequacy of Assessment of social and community integration needs | 100% | 100% | 100% | 97% | 100% | 100% | 100% | 100% | 98% | 100% | 100% |
| 12 | Individual is integrated into his/her community, has choice, increased independence, and adequate social supports | 77% | 83% | 74% | 82% | 80% | 77% | 77% | 84% | 74% | 86% | 79% |
| 13 | *Adequacy of Crisis Assessment | 75% | 67% | 83% | 96% | 72% | 100% | 91% | 58% | 75% | 81% | 80% |
| 14 | Appropriateness of crisis plans | 88% | 100% | 82% | 95% | 93% | 93% | 92% | 93% | 84% | 79% | 90% |
| 15 | *Comprehensive and effective crisis service delivery | 100% | 70% | 72% | 100% | 88% | 88% | 81% | 75% | 75% | 63% | 81% |
| 16 | Adequacy of ACT Screening | 100% | 100% | 100% | 100% | 100% | 95% | 100% | 100% | 98% | 100% | 99% |
| 17 | *Implementation of ACT Services | 36% | 77% | 73% | 85% | 81% | 88% | 80% | 79% | 71% | 67% | 74% |
| 18 | *Successful transition/discharge from the inpatient psychiatric facility | 71% | 83% | 81% | 80% | 86% | 82% | 81% | 86% | 80% | 91% | 82% |
| | AVERAGE | 83% | 85% | 81% | 93% | 88% | 87% | 88% | 86% | 86% | 87% | 86% |